UNITED STATES DISTRICT COURT OF RHODE ISLAND

RONALD KENT COSTA
PLAINTIFF
PRO-SE
IN FORMA PAUPERIS
P.O.BX 555
HOPE VALLEY,RHODE ISLAND 02832

CA 07 221

C.A.#

V.
COMMONWEALTH OF MA
TOWN OF WALPOLE
WALPOLE POLICE DEPT.
DEFENDANTS
MAIN ST.
WALPOLE.MA 02081
V.
COMMONWEALTH OF MA
TOWN OF NORWOOD
NORWOOD POLICE DEPT.
DEFENDANTS
NAHATAN ST.
NORWOOD,MA 02462

PLAINTIFF'S MEMORANDUM AND RECAP-PETITION/COMPLAINT TO REVISIT, REOPEN

On Jan.2004 the United States District Court of MA Honorable Judge Mark Wolf ordered that Ronald K.Costa's case # 11615 MLW and # 04-12115 could be re-opened at a later date;the spanning of Ron's case began with a botched micro-trial in July 2003 where the above defendants defaulted #02- 996 in Norfolk Superior Court;continued into the United States District Court# 02-11615 MLW; where the original attorneys representing Walpole withdrew and were replaced by another law firm and where Norwood withdrew early from any representation.

Ronald Kent Costa,plaintiff,rightfully asks this particular court to re-open his case 320 assaults/defamations/libel/slander proceeding on the fast track on account of the previously delay tactics of opposing counsel of Walpole, in the other jurisdiction. Ron reopens his case based on detailed empirical evidence,observations,detailed specifics of legal fact so that all the parties previously involved in the Curry orchestrated set-up hate-crime and frame-

ups on worked upon Ronald Costa,and upon his elderly mother Carmella,for an unlawful unethical purpose,to held accountable in the jurisdiction where Ron and Carmella lives;for Ron was also assaulted still most rec.ently in this jurisdiction by the same network of collusion domestic terrorists who deny illegally Ron and Carmella peace,liberty and freedom. New circumstances warrant Ron the right to reopen his complaint
During the past four or five years the defendants overused their stated immunity from liabilities granted from the insured of the Stautory Liquidators of Legion/Villnova Insurance Companies, in Milwaukee,Wisconsin where Ron filed his ..valid legal claim,from day one.
Ron will prove the coward chronic-liar defendants who were very unprofessional as they executed their ruses,overabused their power and authority just like the disbarred unethical arch-criminal of fraud-Kevin P.Curry whom Ron reported to the Supreme Judicial Court of Boston,Ma..#BBO BI-02-0387
As all the defendants constantly egregiously schemed and frauded to make Ron's life miserable and to defame his good name;the bottom-dwellers overstepped their authority,acting above the laws of the chaotic ,mismanaged Commonwealth of Ma,without any evidence to deliberately criminalize a fine,outstanding,good-law-abiding clean-living person ,Ronald Costa and Carmella Costa,both elderly, and made their state actor Debra Young,commit a hate-crime on her own family with deliberate false criminal filings that took very long to get disposed of and condemned in the foul sea of false accusations and vengeance so that Debra Young Shawn young and her family abused the system of making umpteen number of false affidavits to get 209 a's against Ronald Costa,without any evidence so that the Young family could get Ron murdered,killed or imprisoned for no reason so Curry and Debra Young could have leverage to embezzle Carmella's humble property. The case is still on-going in the Washington County Superior Court # WC-06-0699 where Carmella Costa requests to revoke,dissolve her own irrevocable living trust, AUGUST 2006 .
Ronald Costa,plaintiff,also objects to how his slander/defamation/libel complaint against Shawn R Young Sr.,defendants in case # wc-06-750 ,though Ron had abundant evidence,got dismissed because the defendant was from the Ma jusrisdiction;that was gross and absurd;immediately afterward,the defendants came up with another egregious wild scheme to incarcerate;criminalize Ronald Costa,in this state;but they failed to so do ,lost credibility once again as in Jan.2003;July 2004;and lost credibility again Jan.16-07 in the Norfolk Probate Court,and again March 29,2007 in

the Stoughton District Court and again in the Dedham District Court in April and May 31,2007. Ronald Costa seeks merited LR CV65 injunctive relief. The wrongdoings,violations worked upon Ronald K.Costa and upon Carmella R.Costa were so severe , and egregious that honorable President George W.Bush took time to intervene and have the U.S> Dept. of Justice ascertain whether federal laws were violated and the investigation revealed all the violations were generated from the state of Ma practices;MGL (diverse) Statues were violated and most recently the defendants came into this jurisdiction in 2004 and in 2007 to destroy the peace,freedom and liberty and rights of Ronald and Carmella. Ron filed in the Supreme Court of Washington, D.C. #04-10302, 2004 his complaint weighed. The above defendants behaved in a terrible unprofessiondl manner,like domestic terrorists;Ron and Carmella suffered extensive losses and verified damages;intensive abuses,tortures;verbal and physical assaults of the worst nature;extensive undue publicity in the other jurisdiction news media and Ron and Carmella were always unjustly silenced in that Dedham District Court;the judges never exercised their power to arrest the viscious malicious Youing family for playing dangerous court games and ruining innocent lifes. Ron and Carmella were never granted full justice,it was un equal justice;the goodness and kindness of patient law-abiding people was trashed as Ron and Carmella were taken advantage of because they were indigent;good innocent,humble people not able to afford adequate,fair,reasonable counsel.

FACTS-SUMMARY

Ron's proceeding requested in this venue of this honorable court is generated from the continued unmerited viscious knowingly malicious ploys and continued false criminal filings of the Young family using and manipulating the Commonwealth of Ma courts in their area for the unlawful purpose to deliberately destroy Ron and Carmella,whom the defendants violated terribly. This all began with the schemes,ruses and unethical ploys of the ganster,mobster disbarred attorney Kevin P.Curry # C1-97-0602, # C1-97-0589 and # C1-97-8-589, who violated MA legal canons #DR 1-102, #DR 7-102. Ron has on reserve a mountain of primary evidence,tapes,transcripts and depositions he can share to show the many violations worked upon him. The state of Massachusetts,in the past and in the present,Curry,the collusionary towns,including the most recent in 07 ; (please refer to appendix) knowingly,willfully,maliciously conspired to assist the troubled-mentally-ill Young family in fabricating,concocting,false criminal complaints that have no legal basis or evidence. It was Ron who was falsely detained;terribly ,verbally-physically abused with revolvers of the two-towns rogue cops put

upon Ron's face for no reason inside a squalid parasitic cell,deprived of sleep and put into 24 hr torture of 14 days in a prison hospital unvoluntarily; deprived of sleep;Ron was never served any warrants,papers;courts in Ma made siginifcant errors;flaws and imbecilic careless blunders that everyone knows about up to 2007. Ron was unjustly assaulted into a prison hospital for no legal basis; his blood extracted The unmerited abuses upon Ron and Carmella by the Commonwealth of Ma reveal a lack of any sound judicial system,ineffective,inefficient management and the courts did nothing to stop or prevent the set-up hate crimes upon Ron and Carmella and did nothing in terms of ever issuing legal consequences to the Young family on account of their collusion network with Curry and particular officers who they knew and bribed in different areas of the Commonwealth of Ma.. Ron complained to former Gov. Mitt Romney who responded Rogue,unprofessional cops and the Young family had field days tampering on the internet with Ron's most sacred information,employment data,medical data and credit card data headed by the master-thug overseer,Kevin P.Curry. Ron and Carmella's life put into dangerous circumstances.

The Young family and the above defendants made a myriad of false oaths,affidavits,swearings,fabricated incident reports;created a bogus criminal padded docket on Ron that rightfully got disposed of on Jan.2003. and again in 2007 along with all the fake generated counts,with no evidence. Ron presents positive court tapes to prove his innocence and to show the validity of his complaints all thrown upon Ron to bury him and his mother,to put his life and character at risk.,deliberately to harm Ronald Costa and Carmella.

Ron remains absolutely solid on his facts;the towns never had any evidence for what they and the Young family falsely accused him of. Curry and the rogue officers and jailers he knew at the Dedham District Court engagaed in a deliberate mission of dishonesty,greed,intense fraud, misrepresentation and demonstrated blatant prejudicial misconduct to distort Ron's facts of law.

The mismanaged Commonwealth of Ma did nothing to prevent the gang of domestic terrorsits from their repeateds set-ups and frame-ups worked upon Ron and upon Carmella as Massachusetts General laws and Statues and even Rhode island General Laws and Statues got broken by the defendants as they abused Ron,up to 2007, in Rhode Island, violating a restraint order against them.

It was unfortunate that Ron's case got quashed by the focus on Ron's legal format,not being able to afford counsel, including filing for writ of certiorari

Ron was terribly hurt,suffered massive losses and damages,so did Carmella by all the laundry list of falsehoods,all the verbal and physical assaults of

the above defendants from 1997,culminating in the summer of 2000 and after into this jurisdiction in 2004 and in 2007. Ron and Carmella moved to Rhode Island to be away from all the Massachusetts madness and insanity. They have no contacts with anyone there and never want to be in that state that defamed them. Ron never Forgets all The serious death threats on him by the Young. All the respondents,appellees evaded oral argument,Ron was always ready for. The grab-bag of festered frayed false garbage issues,without evidence,was challenged once again in the courts four times this year 2007 and all the defendants and their collusion actors lost credibility once again. Ron now files merited alternative relief of his orginal claim of 2.5 million (Filed 2003) dollars with very detailed,sufficient cognizable primary evidence,including audio taped voices of the various alleged police involved;including taped messages of death;hate to Ronald Costa,including intimdation letters from the disbarred Kevin P.Curry,all having ulterior money-motives;personal biases and overt strong prejudices that got manifested itself in the progressing years. The flagrant deficiencies and lack of proper knowledge of Ron's case by Counsel of one of the past represented defendants was clear. The cover-up of the immunity from liabilities statues dated back from the Commonwealth Community Court of PA was terribly over-used and over-extended by the defendants;all opposing counsel did was repeat ad infintum the defects in the format used by Ronald Costa as her client continues to live in denial.

Curry never learned the fact that making false statements of law and counselors assisting a client to commit a set-up crime in conduct a lawyer or a law-enforcer knows to be illegal,is a very very serious crime. Consequences wanted. Ron always presented all courts of record where his case was docketed with truths,all very detailed specifics were provided;some of Ron's personal data was deliberately tampered with,destroyed;distorted but Ron was,and is innocent and not guilty,never committed any misdeamonors or felonies or crimes or torts. Ronald Costa can present,as well as any attorney,all the voluminous details of the true intersecting facts in all the separate proceedings,in the state and in the federal courts where he previously filed. No court,no judge,no attorney had to ever live or survive through all the domestic warfare Ron and Carmella had to contend with,it was hell; all the previous and most recent proceedings show it.

DISPOSITION

All parties and their counsel sought to dupe or trick Ron and Carmella with a myriad of false affidavits,schemes,ruses of the worst sort,to cause Ron and

Carmella harm,torture;financial ruin;financial hardship ,emotional and physical stress and to negatively impact their health and well-being. The defendants failed miserably. All live in the pain of permanent guilt. The intricate well-rehearsed,poorly executed plan to kill,destroy Ron did not work out;Curry had his own selfish greedy interests in profiting from the desperation of his own clients;characterized by his total lack of character,candor at the few hearings he appeared,his inadequate knowledge of the facts and intense disdain of Ron and Carmella were all revealed.Ron objects strongly to the hard-core thug-like repellant manner in which all the above respondents targeted Ron,non-stop,even into Ron's own jurisdiction of Rhode Island where Ron and Carmella are glad to reside in. # WC-06-750
As in all Curry's plans,the chronic lies,the falsehoods,the criminalization stints created obnoxious cruel ruses as he threatens,intimidates good,innocent,not-guilty fine elderly people,for no legal basis.
Ronald Costa seeks against the defendants,all the substantial long-overdue legal consequences that should have been granted or sanctioned long ago on account of the scope and severity of the wrongdoings by the above defendants and their criminal patterns of behavior. The egregious reprehensible misconduct of the commonwealth of Ma that endures and the very serious misconduct just recently,once again demonstrated; here in May 31,2007 merits sevre serious significant review.
All the harmful past publicity,damages and personal; losses to both Ron and Carmella in the other jurisdiction where Ron and Carmella haven't lived for years is still an ugly,growing shame,anguish for all the many unmerited, unjust, bashings,thrashings of Ron and Carmella's good name as Ron stated in his recent #WC-06-750 hearing in Washington County Superior Court and Carmella in her #WC-06-0699 Washington County Superior Court case (still on-going)

CONCLUSION

For all the above reasons,Ron recommends strongly,as a pro-se litigant that Ron's case be accepted in forma pauperis,as in the past,due to more severe financial hardship caused by the defendants;no attorney in the areas is willing to accept th. e mess of the case at a pro-rata rate or pro-bono in any jurisdiction but Ron will still fight for his constitutional and civil rights against all the torts,wrongdoings,assaults;libel and slander to this date,regardless of where the defendants reside,* action is merited against them.all are accountable and responsible for they are no longer immune from liabilities on account of the laundry list of empirical damages done to both elderly people-Ron and his mother-Carmella,for unlawful purposes.

* WC-06-750 DEFAMATION-LIBEL-SLANDER PROCEEDING GOT R.I.12 b2 DISMISSED APRIL 2007 ON ACCOUNT OF RULING THERE IS NO JURISDICTION OVER THE PERSONS IN MA WHO COMMITTED THE WRONGDOINGS. THAT IS UNFAIR.

made by Curry to selected judges he shopped for as he constantly delayed any trial to Ronald Costa.

The Commonwealth of Ma authorities,relevant officials did nothing to stop the imbecility of bizarre procedures exercised in the surreal courts of that jurisdiction.

Ron and Carmella are proud that the Constitution is on their side as people must be judged fairly by the truth and content of their characters. Ron and Carmella stand for justice,truth,act in spirit and faith and want their rights protected in the jurisdiction where they have been living since 2003 and where Ron enjoys serving the rest of his professional years and as elderly people they want an injunction to prevent the criminal oppresors,trouble-makers from the Massachusetts jurisdiction to have no contacts with them,for Ron and Carmella renounce,denounce the whole state of Ma for the set-ups to destroy their good name.

The defendants need no time extensions of any nature for they have already used and abused everything written in the law books that seem only to be printed for a perfect world,unlike this imperfect hell the defendants created.

Ron and Carmella have demonstrated to many judges from years ago,good cause for refuting all the unconscionable set-up hate crimes worked upon them for the unlawful purpose to destroy them so that Curry and Young can eventually embezzle the humble property that belongs to Carmella,it will not work,

Ron's current complaint to this honorable court is generated from his own reaction to the sludge continued abuses inflicted upon him ,now in the Rhode Island jurisdiction by the MA jurisdiction,Ron's filing is based on his survival history from the above domestic-like terrorists,some in uniform,not just on points or theories of legal authorities that an attorney may cite. Ron does NOT make general bold assertions or slights.

Ron will furnish,on request court files and records of all the action from 2000 to 2007.

The proceedings in this honorable court are now re-opened at the later date on the serious basis that only a new venue can grant fairness,and reasonableness to stop the invaders from invading Ron and Carmella's peace,liberety and freedom and to protect their good names.Ron expects his complaint be treated on merit alone as he seeks a rarely granted fairness review to finally address why the defendants have the idea they can continue to cross-over into this jurisdiction to destroy both elderly people,Ron and Carmella,on account of their money-madness,intense disdain,greed and out-of-control madness and collusion with the Arch Fraud criminal Kevin P.Curry,above the law in Massachusetts,to kill,defame,murder anyone he or his clients dislke.

Ron wants to clear-up all the bizarre mess;the court flaws,the spilled milk the Commonwealth of Ma too many times committed for an unlawful purpose thinking Ron and Carmella would expire or get imprisoned from all the excessive inlicted abuses and defamations,libel and slander,including by third parties in various jurisdictions.

The two towns of Walpole and Norwood including most recently the towns of Westwood,and Canton did a lot of pressuring upon the Young family as the police they knew set-up the false detainments upon Ronald Costa,only a corrupted state of unethical attorneys,unjust prosecutors,rogue cops and Curry elements tainted the image of Massachusetts in Ron's mind forever and ever. Ron lived and worked in R.I. many years.

Ron and Carmella are so happy and peaceful to reside in a jurisdiction where courts conduct themselves as courts and where truth and justice is respected in theory and in practice.

Ron is very eligible for some fair kind of monetary relief based on scientific fair evaluation of his previously submitted periodiocally up-dated claim# 1347037; A, B, C, D Submitted from day one to Statutory Liquidators of Legion-Villanova Insurance Companies P.O.BX 510740 Milwaukee, Wisconsin 53203-0133 FILED 2003, UPGRADED 04, 05, 06, 07
Justice need not be costly to Ron or to Carmella's plight for not being able to afford adequate counsel or for counseling always refusing to handle Ron's case. The defendants were never issued any legal consequences, legal sanctions or penalities for all their wrongdoings, it was only announced that they lost their credibity. The state of Massachusetts, th. e municipalities involved in the collusion-Walpole, Norwood; Stoughton and Canton committed gross egregious significant errors and flaws, including most recently, Dedham District Court's stint to incarcerate Ron, that got dismissed, the defendants had no case, no evidence as usual.
All the listed defendants from the earliest filings of Ron to the most recent are dangereous to themselves and to others for what they did to both Ron and Carmella.'the defendants can not forever be protected or immune from liabilities because of their wealth and that of their insurers; they are not declared immune forever for all the losses, damages to Ron and to Carmella. Ron knows his stay-claim was totally ignored, mishandled; distorted, misinterpreted; dismissed in the aberrant deviant minds of the defendants who worked the continual set-ups upon Ron and Carmella for years; Ron's claim has a solid legal basis in Ron's favor and the courts should have enough common sense and critical food for thought to prevent the requested relief from escalating any further by putting the lid on the defendants to make them cease for once and for all with their frauds upon Ron and upon Carmella for an unlawful purpose.
Ron demands a fair, reasonable common-sense rational settlement that he never got or at least a special review by this honorable court due to the very special set of circumstances presented and the long duration of Ron and Carmella's suffering for many years, into the current jurisdiction where they got violated again. MA allowed the incurable disorder of the Young Family to continue.
Ron will bring his demand with most copious documentation, loaded with specifics of all kinds; briefs; Ron identified all his cases docketed and hopes this court can assess, determine whether prior evaluation were done properly and Ron demands something never granted to him in the other jurisdiction, that he be allowed to speak. Ron contributed so much of his time and energy to his profession in the other jurisdiction and he regrets how the corrupted defendants tried to create him as a notorious criminal, someone he is not. THE NPD AND WPD EVEN USED SWAT TEAMS, FOR NO BASIS.
Ronald Costa is a victim of a state set-up crime targeting him and his elderly mother Carmella. The Commonwealth of MA violated M.G.L. 258 B making justice in that jurisdiction out-of-control, mismanaged with officials showing no common sense for the hell they put both Ron and Carmella into. Ron and Carmella were denied total peace, liberty and freedom in their daily lives; peace need not cost one million dollars and be granted to only a privileged few. Ron is a victim of a set-up hate crime worked poorly upon him by the elaborate schemes and frauds of Kevin P.Curry. Ron knows equal justice for all does not exist in practice; only perhaps in theory; it's very unfair when civility costs nothing that the defendants reacted so miserably and criminally to Ron and to Carmella. Ron and Carmella always reacted well, within the law to all the laundary list of abuses inflicted deliberately upon them from the Young and Curry factors colluding with police, a few unprofessionals they knew and bribed, including known bribe payments

Ronald K.Costa,plaintiff brings his case to the United States District Court of Rhode Island for the following reasons:
Ron was unable to invoke jurisdiction overone of the defendant's ,Shawn R.Young Sr. for a defamations,libel slander proceeding in the Wakefield Superior Court on the ruling RI * that though Shawn R.Young Sr. is alleged to have conspired with Debra Young,the various town police and collusion network to defame Ronald Costa in the jurisdiction of Rhode Island in Jan.2007;Ron was granted permission to file for an injunction of complaint regardless of the jurisdiction ruling. Justice officials allowed the malicious viscious Young family to continue defaming,libeling,slandering Ronald Costa and making empty false affidavits for 209 A's to smear,to defame Ron's name and reputation,then allowed throughout the years,the Young family to further fabricate fake violation reports of the granted 209A's to get the innocent,non-guilty Ronald Costa falsely accused and criminalized for no legal basis.
The justice personnel and officials in MA failed to properly investigate the set-ups,the frame-up attempts upon Ron and upon Carmella by the Curry factor and the Young family who all reside in that area;the bottom-dwellers never got legal consequences,never got detained or put into a prison hospital or jail cell for their filings of false criminal charges and the Dedham District Court excelled in failing to demonstrate proper legal discretion violating always only Ronald Costa and Carmella Costa and silencing them like Sacco and Vinzetti. The towns,the Commonwealth and the courts in the Ma jurisdiction allowed and pressured the Young mischief criminal –makers to knowingly file false affidavits;false police reports in Dedham,Westwood,Norwood and Canton and Stoughton areas as the defendants were never penalized as they violated M.G.L. Statues C 269 § 13 A and § 14 and other statues,including never serving any papers to the falsely accused,Ronald Costa;the defendants also falsely reported bomb threats,without evidence and it soon became clear to all parties the egregious misconduct of the troubled-Young family was terroristic and violated not only Ron and Carmella but all related safety threat statues in the books.
(Hutchison v.New England Communications Co. 150 MA 188 214 NE 2d 57)
All the defendants above never got prosecuted since they were all protected by the above-the-law owner of the Commonwealth,the former State House Grand Marshall,the notorious lawbreaker-Kevin P.Curry,of 50 Congress St. Boston,MA.
DebraYoung,and her family worked the hate crime upon her own fine brother,Ronald Costa and upon her most devoted mother,Carmella,without any evidence,without getting any legal consequences because of the system or lack of system as it is in Massachusetts.
Bluntly,the courts up there allowed and got duped by Debra Young and her family as they were pressured by police in the stated towns and by Curry ,and motivated to carry out the equivalent of murder or sabotage on two fine people-Ron and Carmella.
Though the Massachusetts failed Ron and Carmella,Curry ended up for disbarment and the Young family lost all credibility in their own jurisdiction already four times this year in 2007 and and in the past in Jan.31,2003 and July 2004.
The simple clear fact that all defendants deny is that their filed false criminal charges filed willfully,knowingly and very maliciously for the unlawful purpose to target,to destroy,to defameRonald and Carmella Costa didn't work,the elaborate scheme to criminalize innocent people failed;and all the defendants who did not pay the relief Ron

* LR 12b2

and Carmella are entitled to,all lost their credibility and are known in all the state and federal courts for many years.

Respectfully Submitted

June 13,2007

Ronald Kent Costa ED.D

Ronald Kent Costa
Plaintiff
Pro-se
In-forma Pauperis

Please waiver any legalese defects, for decades nothing has been done, I am drained by all the abuses; inefficiencies and unjustices.

Ronald K. Costa
ED.D
6-13-07