RONALD K. COSTA
PLAINTIFF
PRO-SE
IN FORMA PAUPERIS
V.
COMMONWEALTH OF MA
TOWN OF WALPOLE
WALPOLE POLICE DEPT.
DEFENDANT
V.
COMMONWEALTH OF MA
TOWN OF NORWOOD
NORWOOD POLICE DEPT.
DEFENDANT

1. VERIFICATION STATEMENTS DOCKETED IN COURTS

X

1. NORFOLK SUPERIOR COURT'S NOTICE #202-00996
(POLICE DEFAULTED TO APPEAR) JULY 14, 2002
2. UNITED STATES DISTRICT COURT OF MA
CIVIL ACTION FILED 8-13-02 #02-11615 MLW

3. MOTION IN UNITED STATES DISTRICT OF MA
TO CRIMINALLY CHARGE DEBRA YOUNG ET AL
# 02-11615
9-20-04
4. U.S. FIRST CIRCUIT 4-7-05; 5-3-05

5. MARCH 25-03 LETTER FROM JUSTICE MARK WOLF
OF UNITED STATES DISTRICT COURT OF MA
APPROVING MOTION OF RONALD COSTA TO PROCEED WITH
APPLICATION WITHOUT PRE-PAYMENT OF
FEES

6. ABUNDANT CIVIL DOCKET - NEARLY 50 ENTRIES
FOR CASE # 02-11615-MLW

7. SUPREME COURT OF WASHINGTON, D.C.
# 04-10302 WAIVER LETTER FROM
OPPOSING COUNSEL REPRESENTING WALPOLE
POLICE DEPT.

8. MASS BAR COUNSEL OF OVERSEERS DEC. 10, 02
RE. BBO B1-02-0387 FILING OF COMPLAINT OF
RONALD K. COSTA RE- KEVIN P. CURRY

9. DOCKET OF SUPREME COURT OF
WASHINGTON, D.C. REVIEW C/O JUSTICE O'CONNOR ET AL.
# 04-10302 < MELISSA BLALOCK
ASST. CLERK

10. 12-18-06, WASHINGTON COUNTY SUPERIOR COURT GRANTING RONALD COSTA FORMA PAUPERIS # WC-06-750 COMPLAINT PROCEEDING OF RON COSTA FOR CONTINUED ASSAULTS, SLANDER LIBEL AND DEFAMATION.
RON WAS ALLOWED WITHOUT PREJUDICE TO FILE A NEW COMPLAINT AS CIRCUMSTANCES WARRANTED.

**Commonwealth of Massachusetts**
**County of Norfolk**
**The Superior Court**

CIVIL DOCKET# **NOCV2002-00996**

**RONALD K. COSTA**

**vs.**

**DEBRA YOUNG**

## JUDGMENT OF DISMISSAL RE: COUNTERCLAIM

This action came on before the Court, Patrick Brady, Justice, presiding, and the plaintiff in counterclaim Debra Young having waived her counterclaim and the counter-claim having been ordered dismissed,and upon consideration thereof,

It is **ORDERED and ADJUDGED:**

**that the plaintiff in counterclaim Debra Young take nothing and the counterclaim be dismissed.**

Dated at Dedham, Massachusetts this 14th day of July, 2003.

Walter F. Timilty,
Clerk of the Courts

By:............................................................
Assistant Clerk

RECEIVED & FILED
JUL 14 2003
CLERK OF THE COURTS
NORFOLK COUNTY

cvdjudgen_1.wpd 885656 complain delaneyn

A TRUE COPY
Attest: ____________
Deputy Assistant Clerk

**Commonwealth of Massachusetts**
**County of Norfolk**
**The Superior Court**

Civil Docket **NOCV2002-00996**

RE: Costa v Young

TO: Ronald K Costa
P.O. Box 82
Rockville, RI 02873

Appendix K

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **07/14/2003**:

*RE: Defendant Debra Young's MOTION for Directed Verdict on the Plaintiff's Opening*

**is as follows:**

**MOTION (P#13.0) DENIED (Patrick Brady, Justice) Notices mailed July 14, 2003**

Dated at Dedham, Massachusetts this 14th day of July, 2003.

Walter F. Timilty,
Clerk of the Courts

BY:

Assistant Clerk

Telephone: (781) 326-1600

Copies mailed 07/14/2003

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD KENT COSTA,
Plaintiff,

v.

DEBRA YOUNG; NORWOOD POLICE DEPARTMENT; and WALPOLE POLICE DEPARTMENT
Defendants.

Civil Action

No. 02-11615

02-11615MLW

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

**Having considered the plaintiff's Motion for Waiver of Filing Fee and Appointment of Counsel under 28 U.S.C. § 1915;**

☒ **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this complaint on** 3-25-03 **and assigned it Civil Action No. 02-11615** MLW

**It is ORDERED that:**

☒ **The application to proceed without prepayment of fees is GRANTED.**

☐ **It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.**

☐ **It is FURTHER ORDERED that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e) without further notice after thirty-five (35) days from the date of this Order, unless before that time plaintiff shows good cause, in writing, why this case should not be dismissed for the reasons stated in the accompanying memorandum.**

☒ **It is FURTHER ORDERED that the request for appointment of counsel is DENIED without prejudice to renewal at some future time.**

March 25, 2003
DATE

Alan W. Wolf [signature]
UNITED STATES DISTRICT JUDGE

(ifpnonpr.ord - 9/20/96)

[oifp.]

(3)

CR G 205

A
B

ENCLOSED IS CERTIFICATION OF PREVIOUS FORMA PAUPERIS GRANTED

## AFFIDAVIT OR DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, RONALD KENT COSTA am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse N/A | You | Spouse N/A |
| Employment | $ 300.- 800. | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child Support | $ N/A | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): ____ | $ | $ | $ | $ |
| **Total monthly income:** | $ 300. | $ | $ | $ |

ENCLOSED IS CONFIRMATION OF RON'S SALARY BELOW FEDERAL POVERTY LEVEL.

# United States Court of Appeals
# For the First Circuit

No. 04-2115

RONALD KENT COSTA
Plaintiff - Appellant

v.

DEBRA YOUNG; NORWOOD POLICE DEPARTMENT; WALPOLE POLICE DEPARTMENT
Defendants - Appellees

**ORDER OF COURT**
**Entered: September 13, 2004**

The motion of appellant to proceed in forma pauperis is moot. The district court granted in forma pauperis to the appellant. Under Fed. R. App. P. 24(a)(3), the appellant may proceed on appeal in forma pauperis without further authorization.

By the Court:

Richard Cushing Donovan, Clerk

By: JULIE GREGG
Appeals Attorney

cc: Ronald Kent Costa
Joyce F. Frank, Esq.
Katharine I. Goree, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
AUG 13 2002

RONALD K.COSTA
P.O.BOX 435
NORFOLK,MA 02056
PLAINTIFF

CIVIL ACTION

V.

WALPOLE POLICE DEPT.
972 MAIN STREET
WALPOLE,MA 02081
DEFENDANT

PARTIES

1.RONALD COSTA,THE PLAINTIFF,IS A RESIDENT OF WALPOLE,NORFOLK COUNTY,WALPOLE,MA SINCE 1973 IN MASSACHUSETTS,IN THE UNITED STATES.
2.THE WALPOLE POLICE DEPT.,THE DEFENDANT,IS LOCATED AT MAIN STREET,WALPOLE,IN THE COUNTY OF NORFOLK,IN MASSACHUSETTS IN THE UNITED STATES.

COMPLAINT

I,RONALD K. COSTA,THE COMPLAINANT HEREBY SWEAR,VERIFY,CONFIRM THAT ALL OF THE FOLLOWING FACTS AND FINDINGS HAVE MUCH DOCUMENTATION AND DIRECT EVIDENCE OF,MY FACTS ARE NOT OPINIONS,EXAGGERATIONS,DELETIONS,MISINTERPRETATIONS OR MISSTATEMENTS AGAINST THE WALPOLE POLICE DEPT.,THE DEFENDANT.

1. IN THE 70'S,80'S DEBRA YOUNG,A DEFENDANT IN ANOTHER SUIT, HAD THE WALPOLE POLICE AFTER HER TAIL FOR ALCOHOL ABUSE,PHYSICAL ASSAULTS ON HER MOTHER CARMELLA,FOR ANGEL DUST AND

page 1 of p.6

UNITED STATES DISTYRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
AUG 13 2002

RONALD KENT COSTA, PROSE
P.O.BOX 435
NORFOLK,MA 02056
PLAINTIFF

V.

CIVIL ACTION

DEBRA YOUNG
104 PLYMOUTH DRIVE
NORFOLK,MA 02462
DEFENDANT

V.

NORWOOD POLICE DEPT.
137 NAHATAN ST.
NORWOOD,MA 02462
DEFENDANT

V.

WALPOLE POLICE DEPT.
972 MAIN STRETT
WALPOLE,MA 02081
DEFENDANT

PLAINTIFF'S MOTION TO WAIVER COURT FILING FEES AND MOTION FOR A U.S.DISTRICT COURT APPOINTED ATTORNEY

PARTIES

1.RONALD KENT COSTA,THE PLAINTIFF,IS A LEGAL RESIDENT OF WALPOLE,MA FOR THE PAST 31 YEARS , IN THE COUNTY OF NORFOLK,WALPOLE,MASSACHUSETTS,AND A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA.
2.DEBRA YOUNG,THE PLAINTIFF,IS A RESIDENT OF NORWOOD,IN THE COUNTY OF

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:02-cv-11615-MLW
**Internal Use Only**

Costa v. Young, et al
Assigned to: Judge Mark L. Wolf
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 08/13/02
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Ronald Kent Costa** represented by **Ronald Kent Costa**
411 Spring Street
PO Box 82
Rockville, RI 02873
PRO SE

V.

**Defendant**
-----------------------

**Debra Young**

**Town of Norwood,** ***Police Department***

**Town of Walpole,** ***Police Department*** represented by **Erin E. Schnicker**
Tarlow, Breed, Hart, Murphy & Rodgers
21 Custom House Street
Boston, MA 02110
617-218-2000
Fax : 617-261-7673
Email: eschnicker@tbhmr.com
*TERMINATED: 10/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B. Weinberg**
Donovan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA 02210

MANDATE

# United States Court of Appeals
## For the First Circuit

02-11615
Honorable Mark L. Wolf

No. 04-2115

RONALD KENT COSTA,

Plaintiff, Appellant,

v.

DEBRA YOUNG, ET AL.,

Defendants, Appellees.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/7/05

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: March 17, 2005

After permitting pro se appellant Ronald Kent Costa to proceed in forma pauperis and providing him with an opportunity to be heard, the district court dismissed appellant's civil rights complaint pursuant to 28 U.S.C. § 1915(e)(2). The court specifically determined that the complaint lacked an arguable basis in law or fact. We have carefully reviewed the record and the appellate briefs, and we affirm, essentially for the reasons given by the district court in its orders dated November 28, 2003 and June 18, 2004.

Summarily Affirmed. See Local Rule 27(c). Appellant's pending motions are denied as moot.

# WAIVER

## Supreme Court of the United States

No. 04-10302

Ronald Kent Costa (Petitioner) v. Debra Young, et al. (Respondent)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check one of the following boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☑ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

Town of Walpole

Walpole Police Department

I certify that I am a member of the Bar of the Supreme Court of the United States (Please explain name change since bar admission):

Signature [signature]

Date: June 14, 2005

(Type or print) Name John W. Giorgio

☒ Mr. ☐ Ms. ☐ Mrs. ☐ Miss

Firm Kopelman and Paige, P.C.

Address 31 St. James Avenue

City & State Boston, MA Zip 02116

Phone (617) 556-0007

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc: Ronald K. Costa

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.

# United States Court of Appeals
## For the First Circuit

No. 04-2115

RONALD KENT COSTA
Plaintiff - Appellant

v.

DEBRA YOUNG; NORWOOD POLICE DEPARTMENT; WALPOLE POLICE DEPARTMENT
Defendants - Appellees

**ORDER OF COURT**
**Entered: September 20, 2004**

Appellant's September 14, 2004 motion, requesting that the court "criminally charge" Debra Young, does not contain proof of service on appellees' counsel as required by Fed. R. App. P. 25(d). Appellant is directed to provide proof of service of this motion on appellees by **September 30, 2004.** The certificate of service must indicate the date and manner of service, the names of the persons served, and their mailing addresses or addresses of delivery. See Fed. R. App. P. 25(d).

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By________________________
Operations Manager

cc: Ronald Kent Costa
Joyce F. Frank, Esq.
Katharine I. Goree, Esq.

# United States Court of Appeals
## For the First Circuit

No. 04-2115

RONALD KENT COSTA,

Plaintiff, Appellant,

v.

DEBRA YOUNG, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Torruella, Selya, Circuit Judges,
Stahl, Senior Circuit Judge,
Lynch, Lipez and Howard,
Circuit Judges.

ORDER OF COURT

Entered: May 3, 2005

The petition for rehearing having been denied by the panel of judges who decided the case and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Ronald Kent Costa, Joyce F. Frank, Esq., Katharine I. Goree, Esq. ]

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 3, 2005

Mr. Ronald Kent Costa
P.O. Box 555
Hope Valley, RI 02832

Re: Ronald Kent Costa
v. Debra Young, et al.
No. 04-10302

Dear Mr. Costa:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 25, 2005

Mr. Ronald Kent Costa
P.O. Box 555
Hope Valley, RI 02832

Re: Ronald Kent Costa
v. Debra Young, et al.
No. 04-10302

Dear Mr. Costa:

The petition for a writ of certiorari in the above entitled case was filed on May 20, 2005 and placed on the docket May 25, 2005 as No. 04-10302.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

**William K. Suter**, Clerk

by

Ann McCamey
Case Analyst

Enclosures

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

☐ PROVIDENCE/BRISTOL ☐ KENT ☒ WASHINGTON ☐ NEWPORT

Ronald K. Costa

VS. CASE# WC 06-750

Shawn Young, Sr.

### MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff and prays that this Court waive the costs of service of process and filing fees, on the grounds that the Plaintiff is presently indigent and as such, has no funds with which to pay these costs.

Ronald K. Costa
(Signature of Plaintiff)

### ORDER

It is hereby Ordered that the Sheriff of Washington County shall serve any and all Complaints, Summons, and Orders on behalf of the Plaintiff in the above entitled matter without charge.

Approved: [signature]
Justice of the 12/18/06

Entered: Carol M. Fitzmaurice
Deputy Clerk of Court

Presented By: RONALD K. COSTA ED.D.
(Print Name of Plaintiff)

Signature: Ronald K. Costa

True Copy Attest
Offices of Clerk of Superi
County of Washington
Wakefield, Rhode Island

06 DEC 18 PM 3:55
COURTLAND E. CHAPMAN, JR.
FILED
SUPERIOR COURT

S-201(06/03)

# APPENDIX

~~1. VERIFICATION-STATEMENTS-DOCKETED~~

2. MARCH 2006 LETTER FROM GOV. MITT ROMNEY OF MA REGARDING RON'S FORMAL COMPLAINT WITH THE JUDICIAL GOVERNMENT MALFUNCTIONING IN MASSACHUSETTS

3. DATES, YEARS OF THE TERRORISTIC SUFFERING, PAIN AND HARDSHIP; UN-AMERICAN EGREGIOUS MISCONDUCT WORKED UPON RONALD COSTA FOR THE UNLAWFUL PURPOSE TO INJURE, HARM; DEFAME HIM.

4. MA RMV LETTER OF APRIL 3, 2007 UNMERITED BY RONALD COSTA

5. CONFIRMATION OF PRESIDENT GEORGE W. BUSH'S INQUIRY, INVESTIGATION COOPERATING WITH THE U.S. DEPT. OF JUSTICE REGARDING RON'S PAST AND RECENT COMPLAINTS OF BROKEN JUSTICE IN MASSACHUSETTS.

6. PROOF OF PRIOR FILINGS IN TIMELY MANNER WITH STATUTORY LIQUIDATORS OF LEGION/VILLANOVA INSURANCE COMPANIES, INSURERS OF THE MASS. TOWN MUNICIPALITIES - WALPOLE AND NORWOOD.

COMMONWEALTH COURT OF PENNSYLVANIA

626 IRVIS OFFICE BUILDING
HARRISBURG, PENNSYLVANIA 17120

G. RONALD DARLINGTON, ESQUIRE
EXECUTIVE ADMINISTRATOR

TELEPHONE
(717) 255-1602

November 1, 2006

Mr. Ronald K. Costa
P.O. Box 555
Hope Valley, RI 02832

Dear Mr. Costa:

I am returning the documents you recently sent to Judge Leavitt.

Enclosed are instructions on how to file a proof of claim.

Very truly yours,

G. Ronald Darlington

Enclosures

cc: Judge Leavitt

# THE COMMONWEALTH OF MASSACHUSETTS

EXECUTIVE DEPARTMENT

STATE HOUSE • BOSTON 02133

(617) 725-4000

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

March 27, 2006

Mr. Ronald Kent Costa
P.O. Box 555
Hope Valley, RI 02832-0555

Dear Mr. Costa:

Thank you for your letter regarding your concerns with the judicial branch of government in Massachusetts.

Unfortunately, because each branch of government must remain separate from the others, the executive branch is not in a position to assist you in your dealings with the court system or legal proceedings. Please find enclosed a list of resources that we hope you will find helpful and informative.

Thank you again for taking the time to write.

Sincerely,

Mitt Romney

PRINTED ON RECYCLED PAPER

MORE SEVERE PAIN, SUFFERING, HARDSHIP, UN-AMERICAN MALTREATMENT - HORROR:

JAN. 3, 2002
JAN. 4, 2002
JAN. 5, 2002
JAN. 6, 2002
JAN. 7, 2002
JAN. 8, 2002
JAN. 9, 2002
JAN. 10, 2002

JAN. 11, 2002
JAN. 12, 2002
JAN. 13, 2002
JAN. 14, 2002
JAN. 15, 2002
JAN. 16, 2002
JAN. 17, 2002

DAILY TREATED/TESTED ABUSIVELY LIKE A HOSP. PRISONER

RON WAS HORRIFICALY ASSAULTED, ABUSED ON THESE DATES BY VISCIOUS FALSE CRIMINAL COMPLAINTS OF THE YOUNG FAMILY -

JAN. 6, 2001

JAN. 7, 2001

JAN. 8, 2001

-DENIED CLOTHES; MEDICATION

-ABUSED

-DENIED MY RIGHTS

-FALSELY DETAINED

-LIBERTY DIED

NO CIVIL CONSTITUTIONAL RIGHTS - NO LAWS - NO COURTS

JAN 6-8, 2001

RON WAS ABUSED BY BOTH WALPOLE AND NORWOOD POLICE JAILED, TWO POLICE REVOLVERS PUT ON HIS FACE, VERBALLY AND PHYSICALLY ABUSED IN/OUT OF THE CELL DAN TRACEY ALSO APPEARED ON JAN. 9TH 2001 at Dedham District Court all day with Carmella who appeared to release me.

ON JAN. 10, 11, IN DEDHAM COURT WITH ATTORNEY LEW SABBATINO NEVER GIVEN ANY ORAL OR WRITTEN REASONS

[redacted]

*The Commonwealth of Massachusetts*

*Registry of Motor Vehicles*

*P.O. Box 199100, Boston, MA 02119-9100*

12/04/00

COSTA, RONALD K
BX 435
NORFOLK, MA 02056

DOB: 07/01/43

LICENSE NUMBER: S47096334
---FOLD

THE MASSACHUSETTS TRIAL COURTS HAVE PROVIDED US WITH INFORMATION WHICH REQUIRES US TO NOTIFY YOU THAT EFFECTIVE 90 DAYS FROM THE DATE OF THIS LETTER, ON 03/04/01, WITHOUT FURTHER NOTICE, YOUR LICENSE/RIGHT TO OPERATE A MOTOR VEHICLE WILL BE SUSPENDED FOR AN INDEFINITE PERIOD AS A RESULT OF THE EXISTENCE OF THE OUTSTANDING DEFAULT OR ARREST WARRANTS IDENTIFIED BELOW.

| WARRANT NUMBER | COURT | YEAR ISSUED |
|---|---|---|
| 0054CR002518 | DEDHAM DISTRICT | 2000 |

IN ORDER TO HAVE YOUR LICENSE REINSTATED, YOU MUST (1) APPEAR AT EACH COURT NOTED ABOVE AND (2) HAVE EACH COURT CLEAR THE OUTSTANDING WARRANT. ONCE THE WARRANT IS CLEARED BY THE COURT, THE SUSPENSION ACTION WILL AUTOMATICALLY BE REMOVED BY THE REGISTRY OF MOTOR VEHICLES WITHIN FOUR BUSINESS DAYS FROM THE COURT'S ACTION RECALLING THE WARRANT. ONCE THE WARRANTS HAVE BEEN CLEARED AND THE PENDING SUSPENSION ACTION HAS BEEN REMOVED BY THE REGISTRY OF MOTOR VEHICLES, YOU WILL RECEIVE BY MAIL A NOTIFICATION THAT THE SUSPENSION ACTION HAS BEEN REMOVED.

IF YOU DO NOT CLEAR ALL OF THE WARRANTS LISTED ABOVE BEFORE THE END OF THE NINETY DAY GRACE PERIOD, YOUR LICENSE/RIGHT TO OPERATE A MOTOR VEHICLE WILL BE SUSPENDED EFFECTIVE ON THE DATE NOTED ABOVE. YOU WILL RECEIVE NO FURTHER NOTICE OF THIS SUSPENSION FROM THE REGISTRY OF MOTOR VEHICLES.

IF YOU DO NOT BELIEVE THAT ONE OR MORE OF THE WARRANTS NOTED ABOVE CORRECTLY REFERS TO YOU, YOU MUST STILL VISIT THE COURT FROM WHICH THE WARRANT WAS ISSUED AND HAVE THE COURT CLEAR THE WARRANT. MISTAKEN IDENTITY ISSUES CAN ONLY BE RESOLVED BY THE COURT ISSUING THE WARRANT. IDENTITY ISSUES CAN NOT BE RESOLVED BY THE REGISTRY OF MOTOR VEHICLES.

NOTE: THIS NOTICE IS ISSUED IN RESPONSE TO THE WARRANTS NOTED ABOVE. IF THERE ARE OTHER OUTSTANDING WARRANTS EITHER IN EXISTENCE NOW OR IN THE FUTURE, YOU WILL BE ISSUED A SEPARATE NOTICE WITH SEPARATE SUSPENSION DATES.

WHEN YOUR LICENSE/RIGHT TO OPERATE MOTOR VEHICLES HAS BEEN SUSPENDED OR REVOKED, YOU MUST IMMEDIATELY CEASE TO OPERATE ALL MOTOR VEHICLES UNTIL YOUR LICENSE/RIGHT TO OPERATE HAS BEEN REINSTATED.

NOTE: IF YOU ARE SUSPENDED AS A RESULT OF THIS NOTICE, A $50 REINSTATEMENT FEE IS REQUIRED BEFORE THIS LICENSE WILL BE REINSTATED.

DANIEL A. GRABAUSKAS, REGISTRAR

TO ~ ADAM

THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF TRANSPORTATION
REGISTRY OF MOTOR VEHICLES

EOT

ANNE L. COLLINS
REGISTRAR

P.O. Box 55889
Boston, MA 02205
WWW.MASS.GOV/RMV

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

04/03/07

COSTA, RONALD K
BX 82
ROCKVILLE, RI 02873-0082

DOB: 07/01/43

LICENSE NUMBER: S47096334

The Massachusetts Trial Courts have provided us with information which requires us to notify you that effective 90 days from the date of this letter, on 07/02/07, without further notice, your license/right to operate a motor vehicle will be suspended for an indefinite period as a result of the existence of the outstanding default or arrest warrants identified below.

| Warrant Number | Court | Year Issued |
| --- | --- | --- |
| 0754CR000316 | DEDHAM DISTRICT | 2007 |

In order to have your license reinstated, you must (1) Appear at each court noted above and (2) Have each court clear the outstanding warrant. Once the warrant is cleared by the court, the suspension action will be removed when the warrant recall has been submitted to the Registry of Motor Vehicles, the warrants have been cleared and the pending suspension action has been removed by the Registry of Motor Vehicles, you will receive by mail a notification that the suspension action has been removed.

If you do not clear all of the warrants listed above before the end of the ninety day grace period, your license/right to operate a motor vehicle will be suspended effective on the date noted above. You will receive no further notice of this suspension from the Registry of Motor Vehicles.

If you do not believe that one or more of the warrants noted above incorrectly refers to you, you must still visit the court from which the warrant was issued and have the court clear the warrant. Mistaken identity issues can only be resolved by the court issuing the warrant. Identity issues can not be resolved by the Registry of Motor Vehicles.

Note: This notice is issued in response to the warrants noted above. If there are other outstanding warrants either in existence now or in the future, you may be issued a separate notice with separate suspension dates.

When your license/right to operate motor vehicles has been suspended or revoked, you must immediately cease to operate all motor vehicles until your license/right to operate has been reinstated.

Note: If you are suspended as a result of this notice, a $100 reinstatement fee is required before this license will be reinstated. Make check payable to RMV.

Anne L. Collins, Registrar

U.S. Department of Justice

Civil Rights Division

MJK:kjc:amb
DJ 144-36-0
WH 947222

*Criminal Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

FEB 14 2006

Mr. Ronald Kent Costa
Ms. Carmella R. Costa
P.O. Box 555
Hope Valley, RI 02832

Dear Mr. and Ms. Costa:

This is in response to your letter to President George W. Bush alleging that you were the victim of civil rights violations when Mr. Costa's sister and her attorney engaged in a pattern of perjury and defamation concerning your financial assets. In support of your complaint, you state that the Norwalk and Walpole police falsely arrested you several years ago. In addition, you state that false affidavits were used to persuade a county court to refer Mr. Costa to a hospital. You also request that we review the U.S. Supreme Court's decision pertaining to your lawsuit against Mr. Costa's sister. Your letter was referred to this office for review and response. We apologize for our delay in responding.

The Criminal Section of the Civil Rights Division at the Department of Justice is responsible for investigating and prosecuting criminal conduct involving the deprivation of civil rights. In general, these matters include acts involving racial or religious violence; misconduct by local and federal law enforcement officials; violations of peonage and involuntary servitude statutes; and violence against reproductive health care facilities.

We previously reviewed similar information you submitted, and concluded that there is no prosecutable violation of federal criminal civil rights statutes, and we addressed your concerns in writing in 2001. Our review of the additional information you furnished does not alter our earlier decision, accordingly, we are unable to assist you.

We regret that we cannot be of further assistance to you. Thank you for bringing this matter to our attention.

Sincerely,

Mark Kappelhoff /by BSB

Mark J. Kappelhoff
Section Chief
Criminal Section
Civil Rights Division

FILL IN ALL BLANKS - PLEASE PRINT CLEARLY OR TYPE

POC #: 1347037

Ronald Costa
P.O. Box 555
Hope Valley, RI 02832

Make corrections to Name & Address below
Claimant Name: RONALD K. COSTA
Address 1: P.O. BOX 555
Address 2:
City: HOPE VALLEY State: R.I. Zip Code: 02832
Country:
S. S. /E.I.N. #: 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 Email:
Daytime Phone #: (include area code)

Name of Insured: DEBRA YOUNG c/o S. YOUNG 35 PERWAL ST. WESTWOOD MA 02090
Policy Number: Claim Number: (if previously filed)
Date of Loss: Agent Number:

**To Legion Indemnity Company policyholders: All information enclosed is directed to claimants against the estates of Legion Insurance Company (In Liquidation) or Villanova Insurance Company (In Liquidation). Legion Indemnity Company is a separate entity in liquidation by the Illinois Director of Insurance. Claims against Legion Indemnity Company may not be filed using the enclosed Proof of Claim form.**

Claim is for (check X or specify below)

| | | | |
|---|---|---|---|
| 1 | X | POLICYHOLDER or THIRD PARTY CLAIM | Claim by insured of Legion or Villanova under a Legion or Villanova policy for POLICY BENEFITS or Liability claim against an insured of Legion or Villanova for POLICY BENEFITS. |
| 2 | | RETURN of UNEARNED PREMIUM or OTHER PREMIUM REFUNDS | Portion of paid premium not earned due to early cancellation of policy or retro or audit adjustment. |
| 3 | | GENERAL CREDITOR | Such as Attorney fees, Adjuster fees, Vendors, Lessors, Consultants, Cedants and Reinsurers. |
| 4 | | AGENTS' BALANCES | Agents' Earned Commissions. |
| 5 | | ALL OTHER | Describe ______. |

In the space below give a Concise Statement of the Facts giving rise to your claim. Attach additional sheets if required.

DEBRA YOUNG MADE EGREGIOUS INSIDIOUS MALICIOUS FRIVOLOUS DEFAMATIONS AND MASSIVE CHRONIC-SERIAL LIES; TORT WRONGDOINGS; ABUSES; TORTURES OF THE WORST NATURE; EMOTIONAL TERRORISM UPON RONALD COSTA AND LOST HER CREDIBILITY AS SHE FORGED TO CRIMINALIZE INNOCENT RONALD COSTA WITHOUT ANY VALID EVIDENCE. DEBRA INTENTIONALLY INFLICTED PHYSICAL-VERBAL ASSAULTS-BATTERIES ON RONALD COSTA AND GOT AWAY WITH THE EQUIVALENT OF MURDER WITHOUT PAYING THE LEGAL CONSEQUENCES. YOUNG VIOLATED OUTRAGEOUSLY RONS HUMAN-CIVIL AND CONSTITUTIONAL RIGHTS; DUPED THE WHOLE LEGAL SYSTEM AS SHE OPPRESSED TRUTH USING COLLUSION WITH UNETHICAL CORRUPTED CONSPIRATOR

AMOUNT OF CLAIM: $ .5 MILLION DOLLARS

Is there OTHER INSURANCE that may cover this claim? Yes (X) No ( )
If YES provide name of insurer(s) and policy number(s):

Does an ATTORNEY REPRESENT you? Yes ( ) No ( ) If YES provide attorney's name, address & telephone number:
PETITIONER - PLAINTIFF

Has a Lawsuit or other LEGAL ACTION been instituted by anyone regarding this claim? Yes (X) No ( ) If YES provide the following:
Court Where Filed: SUPREME COURT OF THE UNITED STATES - WASHINGTON, D.C.
DATE FILED & DOCKET NUMBER: PENDING
PLAINTIFF (S): RONALD K. COSTA
DEFENDANT (S): DEBRA YOUNG

I verify that the statements made in this proof of claim are true and correct to the best of my knowledge, information and belief. I understand that false statements made herein are subject to the penalties of 19 Pa. C.S. §4904 (relating to unsworn falsification to authorities).

**If the foregoing Proof of Claim alleges a claim against a Legion or Villanova insured (third party claim), the undersigned hereby <u>releases any and all claims</u> which have been or could be made against such Legion or Villanova insured based on or arising out of the facts supporting the above Proof of Claim up to the amount of the applicable policy limits and subject to coverage being accepted by the Liquidator, regardless of whether any compensation is actually paid to the undersigned.**

Ronald K. Costa — Claimant Signature
5-26-05 — Date

pre-dated 6-29-05

POC #:1347037 (A)

Ronald Costa
P.O. Box 555
Hope Valley, RI 02832

ake corrections to Name & Address below
laimant Name: RONALD K. COSTA
ddress 1: P.O. BOX 555 HOPE VALLEY
ddress 2:
ity: HOPE VALLEY State: R.I. Zip Code: 02832
ountry:
. S. /E.I.N. # 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 e-mail:
aytime Phone #: (include area code)
ame of Insured: TOWN OF WALPOLE - WALPOLE POLICE DEPT. MA
olicy Number: Claim Number: (if previously filed)
ate of Loss: Agent Number:

**o Legion Indemnity Company policyholders: All information enclosed is directed to claimants against the estates of Legion Insurance ompany (In Liquidation) or Villanova Insurance Company (In Liquidation). Legion Indemnity Company is a separate entity in quidation by the Illinois Director of Insurance. Claims against Legion Indemnity Company may not be filed using the enclosed Proof f Claim form.**

laim is for (check X or specify below)

| | | |
|---|---|---|
| X | POLICYHOLDER or THIRD PARTY CLAIM | Claim by insured of Legion or Villanova under a Legion or Villanova policy for POLICY BENEFITS or Liability claim against an insured of Legion or Villanova for POLICY BENEFITS. |
| | RETURN of UNEARNED PREMIUM or OTHER PREMIUM REFUNDS | Portion of paid premium not earned due to early cancellation of policy or retro or audit adjustment. |
| | GENERAL CREDITOR | Such as Attorney fees, Adjuster fees, Vendors, Lessors, Consultants, Cedants and Reinsurers. |
| | AGENTS' BALANCES | Agents' Earned Commissions. |
| | ALL OTHER | Describe |

n the space below give a Concise Statement of the Facts giving rise to your claim. Attach additional sheets if required.
DOCUMENTED PRIMARY DIRECT EVIDENCE OF EGREGIOUS POLICE-MISCONDUCT; UNPROFESSIONALISM; INTENTIONAL MALICIOUS DEFAMATIONS UPON RON AND HIS MOTHER, CARMELA; VERBAL-PHYSICAL ASSAULTS OF THE ELDERLY; BATTERIES; VISCIOUS COLLUSION WITH DEBRA YOUNG TO EXECUTE A HATE-CRIME ON RONALD AND CARMELA
MOUNT OF CLAIM: $ ONE MILLION DOLLARS
POLICE MISCONDUCT BEGAN IN 70's ESCALATED IN THE 80'S AND 90'S AND BECAME MOST BIZARRE AND UNPROFESSIONAL IN THE SUMMER OF 2000 WITH DAILY VIOLATIONS OF RON AND CARMELA'S PEACE, FREEDOM, MOVEMENT.
s there OTHER INSURANCE that may cover this claim? Yes ( ) No (X)
f YES provide name of insurer(s) and policy number(s):

oes an ATTORNEY REPRESENT you? Yes ( ) No ( ) If YES provide attorney's name, address & telephone number:
PRO-SE LITIGANT - PETITIONER - PLAINTIFF

as a Lawsuit or other LEGAL ACTION been instituted by anyone regarding this claim? Yes (X) No ( ) If YES provide the following:
ourt Where Filed: SUPREME COURT OF THE UNITED STATES - WASHINGTON, D.C.
ATE FILED & DOCKET NUMBER: 04-10302; DJ 14436-0 INCLUDES
LAINTIFF (S): PETITIONER - RONALD K. COSTA
EFENDANT (S): TOWN OF WALPOLE - WALPOLE POLICE DEPT. MA
C/O ATTORNEY K.G. DOYLE, 31 ST. JAMES AVE. BOSTON, MA 02116

verify that the statements made in this proof of claim are true and correct to the best of my knowledge, information and belief. I understand hat false statements made herein are subject to the penalties of 19 Pa. C.S. §4904 (relating to unsworn falsification to authorities).

**If the foregoing Proof of Claim alleges a claim against a Legion or Villanova insured (third party claim), the undersigned hereby releases any and all claims which have been or could be made against such Legion or Villanova insured based on or arising out of the facts supporting the above Proof of Claim up to the amount of the applicable policy limits and subject to coverage being accepted by the Liquidator, regardless of whether any compensation is actually paid to the undersigned.**

PERSONAL RESPONSE FROM HON. PRES. GEORGE BUSH AND REPLY FROM GOV. MITT ROMNEY IN 2006

Ronald K. Costa — Claimant Signature
5-26-05 — Date

pre-dated 6-27-05

P.S. additional data attached 11-28-05
updates mailed 4-06. 6-06: 9-06

IN THE MATTER OF

DATE RECEIVED:

LEGION INSURANCE COMPANY (IN LIQUIDATION) (LEGION) AND VILLANOVA INSURANCE COMPANY (IN LIQUIDATION) (VILLANOVA)

**Deadline for filing: June 30, 2005 at 5:00 p.m. EST**

READ ALL MATERIALS CAREFULLY BEFORE COMPLETING THIS FORM – COMPLETE ALL SECTIONS
FILL IN ALL BLANKS – PLEASE PRINT CLEARLY OR TYPE

POC #:1347037 (B)

Ronald Costa
P.O. Box 555
Hope Valley, RI 02832

Make corrections to Name & Address below
Claimant Name: RONALD K. COSTA
Address 1: P.O. BOX 555
Address 2:
City: HOPE VALLEY State: R.I. Zip Code 02832
Country:
S. S. /E.I.N. # 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 email:
Daytime Phone #: (include area code)
Name of Insured: TOWN OF NORWOOD - NORWOOD POLICE DEPT., MA
Policy Number: Claim Number: (if previously filed)
Date of Loss: Agent Number:

**To Legion Indemnity Company policyholders: All information enclosed is directed to claimants against the estates of Legion Insurance Company (In Liquidation) or Villanova Insurance Company (In Liquidation). Legion Indemnity Company is a separate entity in liquidation by the Illinois Director of Insurance. Claims against Legion Indemnity Company may not be filed using the enclosed Proof of Claim form.**

Claim is for (check X or specify below)

| | | | |
|---|---|---|---|
| 1 | X | POLICYHOLDER or THIRD PARTY CLAIM | Claim by insured of Legion or Villanova under a Legion or Villanova policy for POLICY BENEFITS or Liability claim against an insured of Legion or Villanova for POLICY BENEFITS. |
| 2 | | RETURN of UNEARNED PREMIUM or OTHER PREMIUM REFUNDS | Portion of paid premium not earned due to early cancellation of policy or retro or audit adjustment. |
| 3 | | GENERAL CREDITOR | Such as Attorney fees, Adjuster fees, Vendors, Lessors, Consultants, Cedants and Reinsurers. |
| 4 | | AGENTS' BALANCES | Agents' Earned Commissions. |
| 5 | | ALL OTHER | Describe |

In the space below give a Concise Statement of the Facts giving rise to your claim. Attach additional sheets if required. MAD, VISCIOUS MALICIOUS, VILE, BASELESS FALSE AFFIDAVITS MADE BY DEBRA YOUNG, WITHOUT EVIDENCE, WERE TARGETED AGAINST RONALD AND CARMELLA TO DEFAME TORTURE, ABUSE; HURT, HARM INNOCENT PEOPLE FOR GROUNDLESS, NO-EVIDENCE BASIS. NORWOOD MADE INTENSIVE FALSE FABRICATIONS AND VERBAL-PHYSICAL BRUTAL ASSAULTS OF THE WORST NATURE. POLICE MISCONDUCT PREVAILED AND ESCALATED FROM 1997 TO 2003. DET. DAVID MULLIGAN WAS A COORDINATOR.

AMOUNT OF CLAIM: $ ONE MILLION DOLLARS
Is there OTHER INSURANCE that may cover this claim? Yes ( ) No (X)
If YES provide name of insurer(s) and policy number(s):

Does an ATTORNEY REPRESENT you? Yes ( ) No ( ) If YES provide attorney's name, address & telephone number:
PRO-SE LITIGANT - PETITIONER - PLAINTIFF

Has a Lawsuit or other LEGAL ACTION been instituted by anyone regarding this claim? Yes (X) No ( ) If YES provide the following:
Court Where Filed: SUPREME COURT OF THE UNITED STATES WASHINGTON, D.C.
DATE FILED & DOCKET NUMBER: #04-10302 ; DJ 14436-O INCLUDING
PLAINTIFF (S): PETITIONER - RONALD K. COSTA
DEFENDANT (S): TOWN OF NORWOOD - NORWOOD POLICE DEPT. MA

I verify that the statements made in this proof of claim are true and correct to the best of my knowledge, information and belief. I understand that false statements made herein are subject to the penalties of 19 Pa. C.S. §4904 (relating to unsworn falsification to authorities).

**If the foregoing Proof of Claim alleges a claim against a Legion or Villanova insured (third party claim), the undersigned hereby releases any and all claims which have been or could be made against such Legion or Villanova insured based on or arising out of the facts supporting the above Proof of Claim up to the amount of the applicable policy limits and subject to coverage being accepted by the Liquidator, regardless of whether any compensation is actually paid to the undersigned.**

PERSONAL RESPONSE FROM HON. PRES. GEORGE BUSH AND REPLY FROM GOV. MITT ROMNEY IN 2006

Ronald K. Costa — Claimant Signature

5-26-05 — Date

pre-dated 6-29-05

updates mailed 4-06 . 6-06 . 9-06

# LEGION INSURANCE COMPANY (IN LIQUIDATION) (LEGION) AND VILLANOVA INSURANCE COMPANY (IN LIQUIDATION) (VILLANOVA)

**Deadline for filing: June 30, 2005 at 5:00 p.m. EST**

READ ALL MATERIALS CAREFULLY BEFORE COMPLETING THIS FORM – COMPLETE ALL SECTIONS
FILL IN ALL BLANKS – PLEASE PRINT CLEARLY OR TYPE

POC #:1347037 (C)

Ronald Costa
P.O. Box 555
Hope Valley, RI 02832

Make corrections to Name & Address below
Claimant Name: RONALD K. COSTA
Address 1: P.O. BOX 555
Address 2:
City: HOPE VALLEY State: R.I. Zip Code: 02832
Country:
S. S. /E.I.N. # 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 E-mail:
Daytime Phone #: (include area code)
Name of Insured: COMMONWEALTH OF MA c/o OFFICE OF ATTORNEY GENERAL 1 ASHBURTON PLACE 12 TH FLOOR BOSTON, MA 02108
Policy Number: Claim Number: (if previously filed)
Date of Loss: Agent Number:

**To Legion Indemnity Company policyholders: All information enclosed is directed to claimants against the estates of Legion Insurance Company (In Liquidation) or Villanova Insurance Company (In Liquidation). Legion Indemnity Company is a separate entity in liquidation by the Illinois Director of Insurance. Claims against Legion Indemnity Company may not be filed using the enclosed Proof of Claim form.**

Claim is for (check X or specify below)

| | | | |
|---|---|---|---|
| 1 | X | POLICYHOLDER or THIRD PARTY CLAIM | Claim by insured of Legion or Villanova under a Legion or Villanova policy for POLICY BENEFITS or Liability claim against an insured of Legion or Villanova for POLICY BENEFITS. |
| 2 | | RETURN of UNEARNED PREMIUM or OTHER PREMIUM REFUNDS | Portion of paid premium not earned due to early cancellation of policy or retro or audit adjustment. |
| 3 | | GENERAL CREDITOR | Such as Attorney fees, Adjuster fees, Vendors, Lessors, Consultants, Cedants and Reinsurers. |
| 4 | | AGENTS' BALANCES | Agents' Earned Commissions. |
| 5 | | ALL OTHER | Describe FAILURE (NEGLECT) TO OVERSEE MALFUNCTIONING/MISCONDUCT OF TOWNS-MUNICIPALITIES POL |

In the space below give a Concise Statement of the Facts giving rise to your claim. Attach additional sheets if required. THROUGHOUT 2000-2003 COMMONWEALTH OF MA DID NOT STOP THE FRIVOLOUS MALICIOUS CASE OF DEBRA YOUNG IN DEDHAM DISTRICT COURT COMMONWEALTH OF MA DID NOTHING TO STOP THE UNEQUAL JUSTICE TO RONALD COSTA THE COMMONWEALTH OF MA WAS INEFFECTIVE/INEFFICIENT AND RECKLESS SUBJECTING RON TO OUTRAGEOUS, EGREGIOUS MALICIOUS DEFAMATIONS; VERBAL-PHYSICAL TERRORISM-ABUSES-TORT AND DID NOTHING TO PREVENT THE WRONGDOINGS AND POWER-ABUSES OF THE COMMONWEALTH OF MA.

AMOUNT OF CLAIM: $ 2.5 MILLION

Is there OTHER INSURANCE that may cover this claim? Yes ( ) No (X)
If YES provide name of insurer(s) and policy number(s):

Does an ATTORNEY REPRESENT you? Yes ( ) No ( ) If YES provide attorney's name, address & telephone number:
PRO-SE PETITIONER-PLAINTIFF

Has a Lawsuit or other LEGAL ACTION been instituted by anyone regarding this claim? Yes (X) No ( ) If YES provide the following:
Court Where Filed: SUPREME COURT OF THE UNITED STATES-WASHINGTON, D.C.
DATE FILED & DOCKET NUMBER: #04-10302 ; DJ 14436-0 INCLUD
PLAINTIFF (S): RONALD K. COSTA
DEFENDANT (S): COMMONWEALTH OF MASSACHUSETTS C/O OFFICE OF ATTORNEY GEN. 1 ASHBURTON PLACE, 1 ASHBURTON PLACE, 12TH FLOOR BOSTON MA 02108

I verify that the statements made in this proof of claim are true and correct to the best of my knowledge, information and belief, and that false statements made herein are subject to the penalties of 19 Pa. C.S. §4904 (relating to unsworn falsification to authorities).

**If the foregoing Proof of Claim alleges a claim against a Legion or Villanova insured (third party claim), the undersigned hereby <u>releases any and all claims</u> which have been or could be made against such Legion or Villanova insured based on or arising out of the facts supporting the above Proof of Claim up to the amount of the applicable policy limits and subject to coverage being accepted by the Liquidator, regardless of whether any compensation is actually paid to the undersigned.**

PERSONAL RESPONSE FROM HON. PRES. GEORGE BUSH AND REPLY FROM GOV. MITT ROMNEY IN 2006

Ronald K. Costa — Claimant Signature 5-26-05 — Date

pre-dated 6-29-05

updates mailed 4-06, 6-06; 9-06

**OFFICE OF THE BAR COUNSEL**
BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT
75 Federal Street
Boston, Massachusetts 02110
(617) 728-8750
Fax: (617) 357-1866
www.mass.gov/obcbbo

DANIEL C. CRANE
BAR COUNSEL

December 10, 2002

Mr. Ronald K. Costa
P.O. Box 435
Norfolk, MA 02056

RE: BBO File No(s). B1-0?-0387 (Kevin P. Curry, Esq.)

Dear Mr. Costa:

As you are aware, Attorney Kevin Curry is currently being prosecuted by this office for professional misconduct in an unrelated matter. Those proceedings are under way. However, the allegations in the petition for discipline are of course contested by Mr. Curry and hearings and appeals will not be finished for some time.

If the pending prosecution ultimately results in disciplinary action, then the misconduct alleged in your complaint (even if proved) is unlikely to change or add to the sanction imposed. I am therefore closing this file without disciplinary action. If the other matter does not result in discipline, we will revisit this case at that time.

Enclosed please find a copy of a letter from the Chair of the Board of Bar Overseers advising you of your right to have this decision reviewed by a member of the Board.

Very truly yours,

Constance V. Vecchione
First Assistant Bar Counsel

CVV/tf
Enclosure
cc: Kevin P. Curry, Esq.

#04-2115

**CONFIRMATION BY APPELLANT PLAINTIFF,RONALD KENT COSTA REGARDING NON-COMPLIANCE OF DEFENDANTS,APPELLES WITH COURT ORDER**
RE - FRAP 31, 32 L.R. 31, 32

p. 1 of 2

**DEBRA YOUNG,APPELLEE,DEFENDANT FAILED TO COMPLY TO REPLY TO RONALD COSTA,THE APPELLANT WITHIN THE ALLOTED 30 DAYS GRANTED BY ORDER OF THE COURT. DEBRA YOUNG ALSO FAILED TO RESPOND OR FILE ANSWER TO THE CRIMINAL COMPLAINT FILED BY PLAINTIFF,APPELLANT RONALD KENT COSTA EXECUTED BY THE US MARSHAL'S OFFICE.**
**DEBRA YOUNG CONTINUES TO NOT COMPLY WITH THE ORDER AND SHOWS NO RESPECT FOR THE DECORUM AND ODER OF THE COURT AND NO RES PECT FOR RONALD COSTA,THE PLAINTIFF;SHE CONTINUES TO MANAGE TO EVADE LEGAL CONSEQUENCES FOR UNKNOWN REASONS. HER LACK OF RESPONSE DELAYS THE BRIEFING SCHEDULE PROGRESS AND DISRUPTS THE ORDERLY FLOW OF BUSINESS.**

Ronald Kent Costa
PLAINTIFF
APPELLANT
11-3-04

**THE TOWN OF NORWOOD,APPELLEE,DEFENDANT ALSO FAILED TO COMPLY WITH FR AP 31 32 AND ALSO VIOLATING L.R. 31 32 AS IS KNOWN BY THIS COURT**

**THE DEFENDANT HAD COUNSEL,NOT RECORDED ON RECORD OF APPEARANCE WITHRAWING IN 2003. THE DEFENDANT FAILED TO RESPOND OR REPLY TO THE BRIEF OF RONALD COSTA,THE APPELLANT,PLAINTIFF;IGNORED ALL THE DOCUMENTATION THE PLAINTIFF SENT TO THEM AND VIOLATED THE ORDER OF THE COURT WITH NON-COMPLIANCE ANS WELL AS IN THE PAST FOR DEFAULTING TO APPEAR IN THE STATE COURT.**

**RONALD COSTA,THE PLAINTIFF DOES NOT ACCEPT THE DEFENDANT BEING IMMUNE FROM ALL THEIR DOCUMENTED INJUSTICES TO THIS DAY.**

Ronald Kent Costa
PLAINTIFF
APPELLANT
11-3-04

SUPPLEMENTARY

The following is a list of all the false criminal filings made knowingly,willfully and maliciously for the unlawful purpose to destroy,murder,kill the good names and reputations of both Ronald Costa,plaintiff,pro-se and his elderly mother,Carmella Costa. The bogus docket of a sea of entries all got disposed of,the defendants never had any evidence in their hate- set-ups crimes and Ron and Carmella were always innocent,not guilty and most law-abiding,humble good elderly people.

Bogus entries on Ronald Costa:

# 0054 RO 0157
# 0154 CR 1061
# 0154 CR 0524
# 0154 CR 002518
# 0154 CR 0074
# 0154 CR 0026

} ALL GENERATED IN THE DEDHAM DISTRICT COURT WITHIN A PERIOD OF FEW MONTHS AND ALL DISPOSED OF 1-31-03

AND MOST RECENTLY ON MAY 31,07 SCHEDULING RON COSTA FOR AN UNJUST, UNMERITED CRIMINAL ARRAIGNMENT THAT ALSO GOT DISPOSED OF

AND MOST RECENTLY ON 1-16-07

# 07 R0005AB1
# 07 R0006AB1

} IN NORFOLK PROBATE COURT FOR REASONS UNKNOWN WHERE YOUNG FAMILY'S REQUEST GOT DENIED, REVOKED

AND ON 3-29-07 # 07-AC-94 IN STOUGHTON DISTRICT COURT WHERE A PEACE AGREEMENT WAS SIGNED

Bogus entries on Carmella Costa:

# 0054 AO 0198
# 0154 CR 000024
# 0154 CR 000573
# 0154 CR 000025
# 0154 CR 001060
# 0154 CR 000022
# 0154 CR 000523
# 0154 CR 000615
# 0154 CR 000522
# 0154 CR 000081

} ALL GENERATED IN THE DEDHAM DISTRICT COURT WITHIN A MOST MINIMAL TIME FRAME AND ALL THE FAKE AFFIDAVITS, FAKE VIOLATION REPORTS MADE WITH POLICE WPD+NPD GOT DISPOSED OF ON 1-31-03

**CERTIFICATE OF SERVICE**

**RONALD KENT COSTA,PLAINTIFF,APPELLANT HEREBY CONFIRMS AND DOCUMENTS THAT HE HAS MAILED THE FOLLOWING DOCUMENTS ON THE GIVEN DATES TO ALL PARTIES BY REGULAR MAILINGS.**

dated June 18, 2007

Ronald Kent Costa ED.D
RONALD KENT COSTA

**US MARSHAL 'S OFFICE SERVED ON DEFENDANTS CERTIFICATION**

FROM-RONALD K.COSTA
MARCH 21,2002
RE-VIOLATIONS OF MA GENERAL LAWS MADE ON RONALD COSTA
VIOLATION OF CHAPTER 263,NEVER WERE INFORMED WHAT FOR
VIOLATION OF CHAPTER 263,SECTION 2-NO LEGAL BASIS OR PROCESS STATE HAS NO EVIDENCE
VIOLATION OF CHAPTER 263,WE KNOW THE PARTIES WHO INITIATED AND CARRIED OUT THE CRIME ON US (COLLUSION USED)
VIOLATED CHAPTER 263,SECTION 5 RIGHTS OF THE FALSELY ACCUSED (IN DEDHAM COURT FALSELY ACCUSED HAVE NO RIGHTS
NEVER ALLOWED TO BE HEARD ON ANY OF THE ACCUSATIONS OR TO DEFEND OURSELVES
ABUSED BY THE SYSTEM (THE RECORD WILL SHOW)
CHAPTER 277 SECTION 33,THE CRIME ON US WAS MADE WILLFULLY,MALICIOUSLY AND UNLAWFULLY AND KNOWINGLY BY ALL THE PARTIES USING COLLUSION (SUED TO BE INDIVIDUALLY)
VIOLATED CHAPTER 277 59A LAW WITH FALSE REPORTS AND PARTIES WERE NEVER YET PROSECUTED OR PERSECUTED WITHOUT EXPLANATION (DEBRA YOUNG'S CRIME ON RONALD AND CARMELLA
WE NEVER HAD AN OPPORTUNITY TO OBJECT TO OR TO ADDRESS THE ALLEGATIONS
THERE WERE NEVER ANY VIOLATIONS OF CHAPTER 277 CHAPTER 62A RULES BY US BUT THE ADVERSARIES ABUSED,MISDIRECTED AND MISGUIDED THE COURT IN GETTING THE 209 A'S FILED, MISUSED AND TOOK ADVANTAGE OF THE LACK OF PROPERLY INVESTIGATING THE COMPLAINTS FOR TRUTH.

**#WC-06-750**
**RONALD K.COSTA**
**PLAINTIFF**

**DAMAGES-LOSSES LIST**

**ALPHA CODED LISTING WITH HAND-PRINTED EXPLANATIONS**

**A. DOCUMENTED LOST WAGES-PAST AND PRESENT:**

**B.DOCUMENTED PROPERTY DAMAGES:**

**C.MEDICAL AND HOSPITAL EXPENSES**

**D.TRAUMATIZATION OF FAMILY PET-BARON**

**E.LIBEL/SLANDER IMPACT**

**F.PHYSICIAN EXPENSES**

**G.UNMERITED EXPENSES**

**H.;OTHER EXPENSES**

**I.COST OF CONTINUATION OF DEFAMATIONS AND INTERFERENCE OF PEACE,LIBERTY**

**THE ABOVE ITEMIZED DETAILED STATEMENTS ON THE ATTACHED PAGES PROVIDE SPECIFIC DETAILS FOR THE RECORD**

**RONALD K.COSTA**
**PLAINTIFF**
**PRO-SE**
**12-30-06**

does not include damages
for period 1-07 TO 6-07

A. RONALD COSTA TAUGHT AS A CERT. PROF. TEACHER ON ALL LEVELS SINCE 1965; THOUGH DEBRA YOUNG WOULD CALL RON'S WORK SUPERIORS BY PHONE HARASSING THEM AND BERATING RONALD COSTA PLAINTIFF AS AT FRAMINGHAM STATE COLLEGE, MA FROM 1967 TO 1969 AND AT QUINCY COLLEGE, MA IN PERSON IN FRONT OF RON'S STUDENTS JEOPARDIZING RON'S EMPLOYMENT AND SENDING UNANOMOUS LETTERS WITH INTENSE DISDAIN AND JEALOUSY; RON'S PROF. BECAME MORE HIGHLY IMPACTED BY THE IN-LAWN SHAWN R. YOUNG, DEFENDANT, 1979 ONWARD WHO CAUSED INTENSE FAMILY DISPUTES; CONFLICTS REQUIRING RON TO TAKE A SHUTTLE PLANE - FROM FLORIDA TO MA; REQUIRING ABSENCES FROM CLASSES AT PUBLIC SCHOOLS - COLLEGES WHERE RON TAUGHT. INCLUDING SCHOOLS IN NEW HAMPSHIRE, MAINE AND VERMONT.

DEBRA YOUNG AND HER HUSBAND WOULD COMPLAIN CONTINUOSLY INFINTELY ON ANYONE THEY DISLIKED, THEY ARE MISANTROPIC, HATEFUL. IN THE LATE 90'S WHEN SHAWN + DEBRA MOVED OUT SHAWN SR. WOULD ALSO STALK RON LEAVING SCHOOL AND BOTH COMPLAINED TO VARIOUS SCHOOL SYSTEMS RESULTING IN RON LOOSING HIS WAGES IN:

too extensive to list { NORTH CAROLINA, RHODE ISLAND, MASSACHUSETTS } AT SCHOOLS AND COLLEGES

RELIEF DAMAGES - 890,000.

B. SHAWN R. YOUNG SR. DEBRA YOUNG, SHAWN YOUNG JR. DIRECTLY VANDALIZED CARMELLA'S HOME WHEN THE YOUNGS VACATED IN 1991 and in 1999, — they left in 91 a day before Christmas - broke Atrium door locks, Shawn Young Sr. punched wood panels with his fists! Debra Young got a screw driver punching in ~~holes~~ nails to the pipe; created flood, plumbing, water-bill problem. The Son would often vandalize our property mailbox with his circle of immature, mal-behaved associates. Ron has record of report. Shawn also vandalized his bedroom walls before leaving 1999. In Anger, the Young Family would damage Ron's classic vintage cars that were cared for, maintained and registered.

SHAWN YOUNG SR. + JR. GOT JOY USING THE HOCKEY-STICK ON RON'S VINTAGE CONVERTIBLE

BECAUSE OF THE USUAL UNSANITARY CONDITION OF THE HOUSE WHERE DEBRA, SHAWN LIVED, ON THE FIRST FLOOR, THE FOOD LEFT ALL OVER THE FLOOR, UNDER THE RUG THE STINCH OF FISH CURRY FROM THE FATHER'S CLOTHES - ALL CREATED A SEVERE TERMITE INFESTATION REDUCING THE MARKET VALUE OF THE HOME THOUSANDS OF DOLLARS AS THE RECORD SHOWS

RELIEF DAMAGES — 32,000.

C. ALL THE AGONY, ABUSE, SUFFERING SHAWN R. YOUNG, SR. CAUSED WITH HIS MISMANAGED, ZANY FAMILY IMPACTED RON'S HEALTH FROM YRS. OF DAILY STRESS, TURMOIL. IN ONE DECADE 50,000. RON LOST HIS HEALTH INS. IN 2003 FROM ALL THE MEDDLING

C- CONTINUED

THE COLLUSION TEAM WITH SHAWN YOUNG SR. DEBRA YOUNG ACTORS SET-UP A HORRIFIC SURREAL NIGHTMARE ON RON WITHOUT ANY EVIDENCE, USING THEIR FALSE WILLFUL POLICE REPORTS AND FALSEHOOD EXPANSIONS OF THAT RESULTING IN UNEQUAL JUSTICE TO RONALD COSTA, WHOM THEY WANTED DEAD OR CRIMINALIZED. RON WAS TAKEN KIDNAPED OUT OF HIS HOME VERBALLY-PHYSICALLY ASSAULTED, NO RIGHTS READ AS HE WAS FALSELY DETAINED IN SQUALOR THEN PUT IN COURT PRISONS. WPD + NPD JAIL CELLS; REVOLVERS PLACED DIRECTLY ON TO HIS FACE. BY UNPROFESSIONAL ROGUE COPS; SENT TO MEDFIELD FOR COMPETENCY FOR TRIAL EVALUATION SURROUNDED BY MENTALLY-ILL/CRIMINALS THEN SUBJECTED TO UNMERITED, TRIPLICATED EXTRACTIONS OF HIS BLOOD AND WRONGLY TOLD HE NEEDED IMMEDIATE HEART SURGERY. THIS WAS CLEARLY ONE OF CURRY'S ELABORATE SCHEMES. RELIEF DAMAGES REQUESTED - 800,000.

DAUER SOCIAL WORKER AT MEDFIELD CONFIRMED TO CARMELLA, THAT MONEY IS THE MOTIVATION OF THE YOUNGS.

D- ELLA YOUNG, DAUGHTER OF SHAWN YOUNG SR, DEBRA YOUNG, THE FRAGILE-APPEARING MENTALLY-ILL CHRONIC-LIAR, THREATENED BY SHAWN R. YOUNG. SR. MADE OUR LIVING IN WALPOLE, TOTALLY UNBEARABLE; SHE FOUGHT WITH ALL HER PEERS AT SCHOOL; VIOLATED EGREGIOUSLY RON AND CARMELLA'S PEACE LIBERTY; MADE A LOG OF VERY UNLAWFUL CALLS RECORDED BY W P CHIEF BETRO AND DISPATCHED WPD TO CARMELLA'S/RON'S RESIDENCE DAILY, FOR NO REASON; MADE UP FALSE POLICE REPORTS WILFULLY AND MALICIOUSLY AND GOT A SWAT TEAM DISPATCHED TO OUR RESIDENCE, THAT TOTALLY RESULTED IN THE TRAUMATIZATION OF OUR STUD IDEAL PET BOXER BARON - RELIEF DAMAGES - 400,000.

E. THE GOSSIP-MONGERING MADE BY SHAWN YOUNG SR. AND DEBRA YOUNG IS EVERLASTING AS THE RECORD SHOWS. IT WAS SHAWN AND DEBRA WHO ALWAYS TRIED TO PIT RON, FOR NO REASON, AGAINST NEIGHBORS. ATTORNEY SCHINDLER DISCOVERED IT WAS RON'S OWN SISTER AND HER HUSBAND THAT WENT CREATING SCANDALOUS REMARKS ABOUT R. COSTA IN THE COMMUNITY.

RELIEF DAMAGES - 20,500.

F. 50,000, - INCLUDES EMERGENCIES; VISITS; UNMERITED APPTS.

G. 2,000 - FOR THE UNMERITED MED. APPTS.

H. Loss of Prof. Library - 25,000
LOSS OF Three Well-maintained classic cars - 35,000.

I. YET TO BE ASSESSED; DEPENDS ON RESULTS OF RONALD K. COSTA'S CLAIM WITH LEGION/VILLANOVA INS. CO.

United States District Court of Rhode Island

A Clear Concise Valid Legal Statement
Handwritten by Ronald K. Costa
Plaintiff
Pro-Se
In Forma Pauperis

Ronald Kent Costa, Plaintiff, is very entitled to reasonable relief for the decades-long myriad of defamations, false detainments in Dedham, Walpole, Norwood jails, prison abusive hospitals in Medfield, Lemuel Shattuck and Leonard Morse, and relief for the unmerited pre-trial probation stints set-ups, frame-ups and for the notorious egregious violating physical and verbal assaults, abuses and deliberate inflictions that continued into the R.I. Jurisdiction by the collusionary defendants of the Commonwealth of Massachusetts named in Ron's action since 2002.

Ronald Kent Costa stays his relief claim of 2.5 million and will fight for the defamations and hell the defendants created upon him and his elderly mother, Carmella.

Ronald Kent Costa was bashed, thrashed battered, tormented by all the defendants and was denied unjustly the relief he merits for just any one of the wide scope of unjustices by all. It's difficult to sum up all the inferno the defendants worked poorly.

UNITED STATES DISTRICT COURT OF RHODE ISLAND

Ronald K.Costa
Plaintiff-pro-se
In forma pauperis
v.
Commonwealth of MA
Defendants

REFERENCES-STATUES CITED

p. 1 - 320 CLASSIFICATION OF CASE
p. 2 - # BBO 81-02-0387 ET AL
p. 3 - LR CV 65 - injunctive relief
p. 3 - 28 U.S.C 1331 deprivation of Ron's State rights
- 42 U.S.C. 1983 basic human rights of Ron and Carmella were violated
p. 3 - # C1-97-0602 # C1-97-0589 and # C1-97-8-589 and violations of MA Canons of Law # DR L 102 # DR 7-102
p. 4 M.G.L. 269, rights of the falsely unjustly accused were extremely violated
p. 5 NOV. 1, 2006 proof documents (claim) were sent to Judge Hanna Leavitt - Commonwealth of Pennsylvania
p. 6 proof of on-going case in Washington County Superior Court involving the fraud of Kevin P. Curry worked upon Carmella R. Costa # WC-06-0699
p. 8 Ronald Costa, a deliberate victim of all the torts, abuses and egregious assaults worked upon him by the defendants for many years was violated by the Commonwealth of MA and their violation of the M.G.L. 258B statue.
p. 9 Hutchinson v. New England Communications Co. 150 MA 188 214 NE 2d 57 is cited as an example of the defendants encouraged pressured, motivated by police to file false

reports, collusion to [illegible] ...ize the innocent

p. 9 The hell Ron and Carmella were brutalized by equals murder, total defamation; police brutality by the few rogue cops merits citing 18 U.S.C 241-242.

p.9 M.G.L. C 269 § 13 A

M.G.L. C 269 § 14

p. 9 R.I. LR 12 (b) 2

p. 9 Actual malice of the young Family as in N.Y. Times Co. v. Sullivan 376 U.S. 254 (1964)

JS-44 (Rev. 1/07 RI)

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS** RONALD KENT COSTA
P.O. BX 555
HOPE VALLEY, RHODE ISLAND U.S.A. 02832

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
PRO-SE

**DEFENDANTS** COMMONWEALTH OF MA
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE - 20TH FLOOR
BOSTON, MA 02110

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**Admiralty**
- [ ] 340 Marine(Injury to Seamen)
- [ ] 120 Marine (Other)

**Admin/Agency Appeals Other**
- [ ] 890 Other Statutory Actions (APA Appeals, IDEA Appeals, Other)

**Bankruptcy**
- [ ] 422 Appeal 28 U.S.C. § 158
- [ ] 423 Withdrawal 28 U.S.C. § 157

**Banks and Banking**
- [ ] 140 Negotiable Instruments
- [ ] 430 Banks and Banking
- [ ] 875 Customer Challenge to Subpoena (12 U.S.C. § 3410)

**Business and Commercial**

**Anti-trust**
- [ ] 410 Anti-Trust

**Construction Contracts**
- [ ] 130 Miller Act
- [ ] 190 Other Contracts

**Securities Law & Stockholder Suits**
- [ ] 160 Stockholders' Suits
- [ ] 850 Securities/ Commodities/ Exchange

**Other - Business/Comm.**
- [ ] 196 Franchise
- [ ] 490 Cable/Satellite TV

**Consumer Credit**
- [ ] 371 Truth in Lending
- [ ] 480 Consumer Credit
- [ ] 190 Other Contracts

**Civil Rights**

**Constitutional Law**
- [ ] 950 Constitutionality of State Statutes
- [ ] 440 Other Civil Rights (Constitutionality of Federal Statutes)

**Elections and Voting**
- [ ] 400 State Reapportionment
- [ ] 441 Voting

**Other - Civil Rights**
- [ ] 440 Other Civil Rights
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 446 Americans with Disabilities

**Copyright & Trademark (Intellectual Property)**
- [ ] 820 Copyright
- [ ] 840 Trademark

**Employment and Employee Benefits**

**Employment Discrimination**
- [ ] 442 Employment
- [ ] 445 Americans with Disabilities- Employment
- [ ] 440 Other -Civil Rights

**ERISA**
- [ ] 791 Employment Ret. Inc. Security Act

**Other Employment Benefits**
- [ ] 190 Other - Contract
- [ ] 442 Other -Employment

**Environmental Law**
- [ ] 893 Environmental Matters

**Indian Law**
- [ ] 890 Other Statutory Actions

**Insurance**
- [ ] 110 Insurance Contract

**Labor and Occupational Safety**
- [ ] 660 Occupational Safety/Health
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 730 Labor/Management Reporting and Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation

**Miscellaneous Civil Cases**
- [ ] 150 Recovery of Overpayment and Enforcement of Judgment (Collections)
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (excluding Veterans)
- [ ] 153 Recovery of Overpayment of Veterans' Benefits
- [ ] 370 Other Fraud
- [ ] 440 Other Civil Rights (Immigration/Deportation)
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 610 Agriculture
- [ ] 620 Other Food and Drug
- [ ] 625 Drug related seizure of property
- [ ] 630 Liquor Laws
- [ ] 640 Railroad and Truck

**Miscellaneous Civil Cases Continued**
- [ ] 650 Airline Regs.
- [ ] 690 Other (Forfeiture)
- [ ] 690 Other (Health Care)
- [ ] 810 Selective Service
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party (26 U.S.C. § 7609)
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination under Equal Access to Justice Act

**Patents (Intellectual Property)**
- [ ] 830 Patents

**Prisoner Petitions**
- [ ] 510 Motions to Vacate Sentence (2254)
- [ ] 510 Motions to Vacate Sentence (2255)
- [ ] 530 General (Habeas)
- [ ] 535 Death Penalty
- [ ] 540 Mandamus and Other
- [ ] 550 Civil Rights (1983)
- [ ] 555 Prison Conditions(1983)

**Real and Personal Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease and Ejectment
- [ ] 240 Torts to Land
- [ ] 290 All other Real Property
- [ ] 380 Other Personal Property Damage

**RICO**
- [ ] 470 RICO

**Social Security**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Torts and Personal Injury**

**Mass Torts**
- [ ] 360 Other Personal Injury

**Products Liability**
- [ ] 195 Contract Product Liability
- [ ] 245 Tort Product Liability
- [ ] 315 Airplane Product Liability
- [ ] 345 Marine Product Liability
- [ ] 355 Motor Vehicle Product Liability
- [ ] 365 Personal Injury Product Liability
- [ ] 385 Property Damage Product Liability

**Professional Malpractice**
- [ ] 362 Personal Injury - Med. Malpractice

**Motor Vehicle Accidents/Slip and Fall**
- [ ] 350 Motor Vehicles
- [ ] 360 Other Personal Injury

**Other Torts and Personal Injury incl. Asbestos cases**
- [ ] 360 Other Personal Injury (Fed. Tort Claims Act)
- [ ] 310 Airplane
- [X] 320 Assault, Libel and Slander
- [ ] 330 Federal Employers' Liability
- [ ] 360 Other Personal Injury
- [ ] 368 Asbestos Personal Injury

**TEN-PAGED COMPLAINT-PETITION TO REVISIT RONALD COSTA'S CASE IN THIS JURISDICTION**