In-person hand-delivery

CA 07 221

MOTION TO WAIVE
PRE-PAYMENT FILING FEES
IN ACCORDANCE WITH LOCAL RULING

For good documented cause, Ronald K. Costa, Plaintiff respectfully asks to proceed, as in the recent past at Washington County Superior Court, Wakefield, R.I. (Dec. 2006) # WC-06-750, in forma pauperis, on account of below federal poverty level earnings; please note The U.S. District Court of MA accepted the above motion (7-02) and granted Ronald Costa, in forma pauperis for the 02-11615-MLW docket, as can be found in documented appendix section enclosed. Ronald K. Costa has no assets.

Ronald K. Costa assures this honorable court, all the many decades to the current period the defendants and co-conspirators have damaged, impacted severely Ronald K. Costa's employment and health to the extent that recovery relief will never satisfy all damages and losses. That is the tragic fact of their malice.

June 18, 2007

Ronald K. Costa ED.D
RONALD K. COSTA