UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KENT COSTA, :
Plaintiff, :
v. :
: CA 07-221 ML
COMMONWEALTH OF MA, TOWN OF :
WALPOLE, WALPOLE POLICE :
DEPT., TOWN OF NORWOOD, :
NORWOOD POLICE DEPT., :
Defendants. :

**ORDER**
**RE MOTION TO WAIVE FEES**

Before the Court is Plaintiff's Motion to Waive Pre-Payment Filing Fees in Accordance with Local Ruling (Document ("Doc.") #2) ("Motion to Waive Fees"). The Court treats the Motion as a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On June 18, 2007, Plaintiff filed his Complaint (Doc. #1) which (with attachments) exceeds sixty pages in length. The Complaint is incoherent and fails to satisfy the requirements of the Federal Rules of Civil Procedure.[1] It is by no measure "a short and plain statement of the claim showing that the pleader is entitled to relief ...." Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 8(a).[2] If it contains the required "short

---

[1] To the extent that the Court can understand the Complaint, it appears that Plaintiff is attempting to reopen a case which he previously filed in the District of Massachusetts. If so, Plaintiff is advised that he should make this request to the Massachusetts court as this Court has no authority or jurisdiction regarding cases filed in Massachusetts. If Plaintiff is complaining about acts which were not part of his previous Massachusetts case(s), it is unclear from the Complaint: 1) what those acts are; 2) when and where they occurred; and 3) who allegedly committed them.

[2] Federal Rule of Civil Procedure 8(a) provides in relevant part:

**(a) Claims for Relief.** A pleading which sets forth a claim

and plain statement of the grounds upon which the court's jurisdiction depends ...," Fed. R. Civ. P. 8(a), the statement is buried within the excessive verbiage of the document.

Accordingly, Plaintiff is given until July 10, 2007, to file a First Amended Complaint which complies with the requirements of Rule 8(a). **The document is to be short and plain.** It should state clearly:

1) the act(s) about which Plaintiff is complaining;
2) when and where the act(s) occurred;
3) who committed the act(s);
4) the relief Plaintiff seeks; and
5) the grounds upon which this Court's jurisdiction depends.

If Plaintiff fails to file a First Amended Complaint which complies with Rule 8(a) by July 11, 2007, this Magistrate Judge will issue a Report and Recommendation, recommending that the Motion to Waive Fees be denied and that the Complaint be dismissed.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
June 25, 2007

BY ORDER:

Deputy Clerk

---

for relief ... shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded.

Fed. R. Civ. P. 8(a).