**UNITED STATES DISTRICT COURT OF RHODE ISLAND**

**RONALD K.COSTA**
**PLAINTIFF**
**PRO-SE**
**IN-FORMA PAUPERIS** **#C.A. 07-221 ML**
**V.**
**COMMONWEALTH OF MA ET AL.**
**DEFENDANTS**
**ONE ASHBURTON PLACE SUITE 200**
**BOSTON,MA 02108**

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

**Ronald K.Costa, files his amended complaint along with new cover sheets; in accordance with FR 8(a)and summons complaints-USM 285 ,upon approval or order of the Honorable Judge David L.Martin.**

**Ronald K.Costa files the following facts,allegations or claims in this new proceeding against the Commonwealth of MA et al,defendants,for continued egregious assaults-physical and verbal,defamations,libel and slander,** in the R.I. Jurisdiction.

**A summary of all Ron's events,proceedings in state and federal courts are omitted in this amended complaint,Ron's current action is against the Commonwealth of MA et al ,defendants,who willfully,maliciously,knowingly conspired against Ronald Costa with the out-of-state actors-Kevin P.Curry,a disbarred unethical attorney, his clients Debra Young,Ella Young;Shawn Young Sr. and the municipalities of the towns of Walpole,Ma; the town of Norwood,Ma; the towns of Dedham,Canton and Westwood,Ma-all defendants,some former respondents in Ron's state and federal actions.**

**Ron was criminally continuously harassed by the following acts of the Commonwealth of MA et al,who allowed all the defendants to set-up a malicious hate-crime upon Ronald Costa,living in this jurisdiction of Rhode Island.**

**In compliance with his legitimate cause of action with FR 8 and F R 11 Ron reports he was seriously deprived of federal,state ,human rights and constitutional rights to peace,freedom and liberty,here in Rhode Island from 2003 to 2007 while Ron resided here in the home of his elderly parent,Carmella Costa.**

**The State of Rhode Island allowed the Walpole police detective to invade Ron and Carmella at their home,appearing with State Trooper from** R.I. and a State Trooper- **Massachusetts,Rosemary Grenham,for no legal basis based on the false set-up ploy of the notorious lawbreaker of the Commonwealth of MA,Kevin P.Curry's rusesto defame Ronald Costa and Carmella Costa,so he could embezzle Carmella's** humble **estate.on behalf of his client whom he aided and abeted to commint the** set-up **hate-crime for the unlawful purpose upon Ronald Costa to defame,incarcerate or cause deliberate pain and suffering to Ronald Costa.** THE CRIMINAL HARASSMENT UPON RON HAPPENED ON JULY 14, 2004, IN R.I.

**Ron and Carmella Costa reported all ,in person,to the State Police Barracks in Hope Valley,R.I. and to an authority.**

**The Commonwealth of MA et al was responsible for the unjust action,and** PATTERNS OF **wrongdoings set-up upon Ron;the Commonwealth of MA et al invaded and violated its constitutional limitations upon the non-resident Ronald Costa,falsely filing false**

**criminally charges against Ron. Ron was defamed at his own home,abused by the Massachusetts invaders;verbally assaulted;and intidiated;the defendant's conduct was unjust,unmerited and brought into the R.I. jurisdiction where Ron resides and works. The Commonwealth of MA offended judicial fair play and justice to Ron. The Commonwealth of MA allowed the state actors to continue to criminally harass Ron,without any evidence to criminalize a good,law-abiding ,elderly person,who could not afford proper counsel.**

**The defendants had no personal jurisdiction over Ronald Costa to do what they did to him,Ron has no contacts with the state of MA et al and no business of any kind there.**

**In the state of Rhode Island,in his home in Rockville,R.I. ,on 1-4-07 Ron was invaded at his house once again by the Commonwealth of MA et al,defendants with a barrage of written defamations made by Shawn R.Young Sr.,defendant,in his own writing and by Debra Young,defendant,in her own writing verbally assaulting Ron with defamations and falsehoods of the worst sort;clearly the Commonwealth of Ma et al allowed and endorsed this to happen,more than a single criminal act upon Ron, as Massachusetts committed more wrongdoings upon good,innocent,non-guilty Ronald Costa.**

**Massachusetts has had more than reasonable,more than sufficient minimal contacts with Rhode Island,with Ronald Costa subjecting the diverse Commonwealth - violating defendants to the legal jurisdiction of this honorable court,for Ron refuses righteously to ever be in the venue of the Commonwealth of MA courts for all the criminalities and unjustices already done to him there.**

**Ron never exhausted his legal remedies for all the myriad of decades-long unjustices worked upon him to vilify,demonize,criminalize him deliberately for no legal basis on the basis of disdain,greed and jealousy and retaliation.**

**The Commonwealth of Ma et al,defendants should reasonably anticipate being brought into Rho de island,subjected to this state to account for why the R.I. and MA police kept taking pictures of the property of Ron's home,inside and out of his home,for no reasons,** 7-14-04;TO account for the verbal assault on him in his house.
**Most recently on 1-4-07 Ron was violated again,in the state of Rhode Island at his home by two or three squad cars,at 10 PM storming the front and back of the house to serve a restraining order upon Ron by the Young family,in Ma that got disposed of,and revoked,and declined on 1-16-07 when the Young family again lost their credibility in front of the honorable judge;where Ron and Carmella appeared pro-se. Honorable Judge Rubine at the Washington County Superior Court was informed about the matter since Ron filed his libel-defamation-slander proceeding against Shawn R.Young Sr. in Dec. 18,2006 and Carmella,Ron's mother filed her petition to revoke her living irrevocable trust,since August 2006.**# WC-06-0699. THE YOUNGS RETALIATED.
**Ron discovered Debra Young was retaliating and conspiring with Shawn R.Young Sr. to defame Ron again and get him imprisoned since Carmella was striking Debra's name from her living trust as beneficiary and Debra and Curry resented that fact.**

**The justicible issues of Ron getting abused by the Commonwealth of MA et al does not stop here.**

Ron continued to suffer damages as a result of the malicious frivolous filing of Ella R.Young again acting with the District Attorney of her residential area to target Ron, deliberately cause pain and torture to Ronald Costa so that he,his property got invaded,without evidence and Ron kept getting criminal harassing calls to his private home in Rhode Island,on his private phone,for no vlaid basis from the Norfolk County Jailhouse that was using a rotten ploy to get Ron permanently detained,abused,once again for no reason. This happened from 1-07 to 4-07. The Clerk-Magistrate at the Stoughton District Court did tell Ron and Carmella he did not see why Ella Young acted as she did,for no crime was ever committed,and stated to all parties that Ron and Carmella need peace, the young family had no case, no evidence. Though Carmella is not mentioned in the caption as a party-witness to Ron's proceedings she is a co-party for she and Ron reside together, in Rhode Island.

In the interim from March 2007 to April 2007,the Young family kept criminally harassing Ronald Costa,hate-messages were generated,phobic-slurs,and harassing phone calls made to Ron ,from MA,to Rhode Island along with an most unethical unfair ruse to get Ron deliberately detained,incarcerated with fake criminal charges and posting of criminal court proceeding in Dedham District Court that went on from April 2007 to May 31,2007 when Shawn R.Young Sr.,defendant, lost all credibility as he used collusion with the Westwood Police detective Paul Conner, to set-up or frame-up, a criminal arraignment upon Ron to murder his good name,since Honorable Judge Rubine failed to issue an injunction order against him, (Young) in the Washington Superior Court case from 1-07 to 4-07.

Ron was wrongfully set-up and framed-up by the Commonwealth of MA et al to be silenced,abused by the Dedham District Court as he was from 200[illegible]to 2007. The Commonwealth of MA et al, egregiously got a scheme to stop,to cripple Ron's life,sending notices to the Registry of Motor vehicles,with terribly malicious faulty data to impact Ron's fine driving history;Ron's employment earnings were invaded;Ron was recorded as defaulted when the court failed as they did in the past to issue any due process,failed to mail him anything;and misdirected confidential papers to various Massachusetts people and Rhode Island individuals with malicious viscious statements about Ronald Costa. Ron did have counsel make redress and all got dismissed including the false default info that was sent to the MA Dept. of Motor vehicles and ultimately to Rhode Island as Massachusetts acted with Rhode island officials to distribute their scheme.

All the previous proceedings in the Commonwealth of MA demonstrated distortions of truth by the Commonwealth et al, and Ron getting unequal justice and continued criminal harassment upon Ron of the worst sort.

Ron made an effort to restrict his current complaint to the above issues that happened here in Rhode Island and Ron interposes a responsible pleading as he seeks equitable jurisdiction on what appears to be a diversity issue.

Ron respects this honorable courts resources and respect for truth as Ron files his amended complaint with highest regard for Rules of Civil Procedure in a more clear discernible manner so that a proper response can be framed by all the defendants acting with the abusive powers of the Commonwealth of MA.Alternatively, Ron moves his case not get dismissed for Ron set forth enough facts to establish the personal jurisdiction of this honorable court to prove his...

right to demand his relief of 2.5 million beyond a reasonable doubt in accordance with FR 12(b)6..
Ron can prove to this honorable court how the Commonwealth of MA et al allowed Shawn R.Young Sr. to continue direct and indirect contacts violating Ron Costa in Rhode Island and violating Rhode Island statues ensuring Ron's right to live in peace,security in his home,right to not be falsely criminally assaulted;harassed and intimdated by the Young and Curry defendants.
The Commonwealth of MA et al,defendants made all the forays into Rhode Island creating abuse of power and unjustice in this state;Ron has provided above and has access to the times,places and misconduct of the Commonwealth of MA et al that warrant this court's jurisdiction over the Commonwealth of MA et al defendants as collusion,conspiracy was used crossing many municipalities,in the two states,including police departments and to private citizens of the other jurisdiction where all the defamations spread. The defamations were printed in Massachusetts media.
The Commonwealth of MA,defendant deprived Ron of recognized federal constitutional rights of peace,freedom and liberty of movement by all the vast history of false detainments,and ploys with prison hospitals;the municipalities are subject to suit for what they did in the jurisdiction here in Rhode Island.

Ron continued to suffer damages as a result of the malicious frivolous filing of Ella R.Young again actin with the District Attorney of her residential area to deliberately cause pain and torture to Ronald Costa so that he,his property got invaded,without evidence and Ron kept getting criminal harassing calls to his private home in rhode island,on his private phone,for no vlaid basis from the Norfolk County Jailhouse that was using a rotten ploy to get Ron permanently detained,abused,once again for no reason.
The Clerk-Magistrate at the Stoughton District Court did tell Ron and Carmella he did not see why Ella Young acted as she did,for no crime was ever committed,and stated to all parties that Ron and Carmella need peace.
Though Carmella is not mentioned in the caption as a party-witness to Ron's proceedings she is a party for she and Ron reside together.
In the interim from March 2007 to April 2007,the Young family kept criminally harassing Ronald Costa,hate-messages were generated,phobic slurs,and harassing phone calls made to Ron ,from MA,to Rhode Island along with
An most unethical unfair ruse to get Ron deliberately detained,incarcerated with fake criminal charges and posting of criminal court proceeding in Dedham District Court that went on from April 2007 to May 31,2007 when Shawn R.Young Sr.,defendant, lost all credibility as he used collusion with the Westwood Police detective Paul Conner to set-up or frame-up a criminal arraignment upon Ron to murder his good name,since Honorable Judge Rubine failed to issue an injunction order against him in the Washington Superior Court case from 1-07 to 4-07.
Ron was wrongfully set-up and framed-up by the Commonwealth of MA et al to be silenced,abused by the Dedham District Court as he was from 200 to 2007.
The Commonwealth of MA et al egregiously got a scheme to stop,to cripple Ron's life,sending notices to the Registry of Motor vehicles,with terribly malicious faulty data to impact Ron's fine driving history;Ron's employment earnings were invaded;Ron was recorded as defaulted when the court failed as they did in the past to issue any due process,failed to mail him anything;and misdirected confidential papers to various Massachusetts people with malicious viscious statements about Ronald Costa. Ron did have counsel make redress and all got dismissed including the false default info that was sent to the MA Dept. of Motor vehicles and ultimately to Rhode Island as Massachusetts acted with Rhode island official to distribute their

**Ron made an effort to restrict his current complaint to the above issues that happened here in Rhode Island and Ron interposes a responsible pleading as he seeks equitable jurisdiction on what appears to be a diversity issue.**
**Ron respects this honorable courts resources and respect for truth as Ron files I amended complaint with highest regard for Rules of Civil Procedure in a more clear discernible manner so that a proper response can be framed by all the defendants acting with the abusive powers of the Commonwealth of MA.Alternatively Ron moves his case not g et dismissed for Ron set forth enougl facts to establish the personal jurisdiction of this honorable court to prove he is**

IV (cont.)

**Ron was deliberately set-up again to be falsely detained as always in secret,no papers nothing presented,nothing mailed or verbally explained;no warrants served,no due process served for the falsely accused or falsely detained as demonstrated again in Jan.2007,Feb.,2007 and March 2007 and in Aril 2007 and May 2007. All the defendants evaded prosecution again,this time acting in the Rhode Island jurisdiction to dominate,control and abuse Ron's life,for no valid basis.**
**Ron suddenly discovered in mid-April 2007 by a third party that there was an outstanding warrant out for his arrest #0754CR 00316 from the Commonwealth of MA et al,Dedham District Court as a result of the state actions of Curry,the Young family in concert and the troublesome Westwood police detective Paul Conner working in harmony with the malicious dangerous Shawn R.Young Sr. retaliating for the complaint Ron filed upon him in Dec.16,2006 in the Washington County Superior Court of Wakefield,Rhode Island. The Commonwealth of MA actions were crippling sabotaging to Ronald Costa knowing,willfully,maliciously acting under color of state law united to destroy Ronald Costa's good name by the schemes of the Arch-fraud master of the Coomonwealth-the bizarre,criminal minded Kevin P.Curry. (West v.Atkins 487U. S. 42, 48 1988) (Davis v.Richmond 512 F 2d, 201,202)**
**All the defendants made a co-ordinated concerted aim to get Ron falsely criminally charged and falsely criminally arraigned, pre-made plans since the Young family's request to get an order against Ron permanently extended, the Honorable Judge at the Norfolk probate Court in Canton,MA declined to satisfy the request of the Commonwealth of MA et al;for the defendants,as usual,never had any legal evidence for their wild ,baseless allegations the defendants lost credibility as in the many times in the past and again on 3-31-07 when all parties agreed to a peace treaty to stop the continued cycle of madness that the Commonwealth of MA made prevail and induced or supported.**
**Ron had to redress to all the false legal shenanigans wrongfully placed upon him as the defendants used their over-used immunity from liability ruling exploited to cover-up their committed crime upon Ronald Costa,the plaintiff,in the jurisdiction of Rhode Island. The defendants breached the peace agreement of 3- -07 made at the Stoughton District Court and hit Ron,once again,with a barrage of threats,intimdations,criminal harassing calls and hate mail to his Rhode Island home throughout March,April and May 2007. All the violating unjust behaviors were generated at that time from the unmerited absurd antics of the incompetent-appearing Westwood detective who deliberately tried to get it made known that Ron Costa defaulted appearances,failed to appear for criminal arraignments that Conner set-up with all the other reptiles from the Commonwealth of Massachusetts,without any cause,without any legal valid evidence.**

Whatever the decision or order of this honorable court,Ron has a right to declare he will never revisit the corrupt Commonwealth of MA et al judicial system tainted by the lawbreakers like Curry ,Walpole,Norwood,Dedham;Westwood and other defendants.
Ron insists he has a need to be away from the aberrant criminal –minded malicious few rogue cops and incompetent detectives who worked with the Young family members to slaughter ,crucify Ron Costa. Ron rightly files complaints about all the many criminal ruses and history of fabrications unlawfully put upon him.
Any review,regardless of the given shortcomings would show the Commonwealth was obsessed to target Ron,Ron was criminally harassed into this Rhode Island jurisdiction by the myriad of actions of the violating defendants making minimum contacts of purposeful destruction to create total defamation of a good,elderly,law-abiding person.
Ron's true statements support the jurisdiction of this high court as MA and its disciples behaved outrageously,unjustly preposterously against R.I. constitutional mandates;what they did to Ron this year in R. I. makes absolutely no ssense for there was no crime of any nature,in the past and in the present, and Ron remains innocent,not-guilty for their feeble wild bizarre,baseless allegations and derogatory libel and slander made known in many jurisdictions. Ron's most private confidential data was tampered with on-line and via Internet by Curry,the Walpole Poli ce Dept. and by Norwood offenders.
All the unjustices and wrongs to Ron,in this R.I. jurisdiction alone demonstrates unlawful ploys,unethical practices and certainly abuses by the court of Dedham,itself impacting Ron's time,energy,health and money.
For matters of record,Ron filed complaints in the Washington County Superior Court listing all the same parties who abused him,within this jurisdiction,Ron is also known in the Commonwealth of MA Personnel Office at One Ashburton Place where Ron served as a State police Trooper Exam proctor and Fire Exam Civil Exam proctor in earlier years.
Ron made known to all parties here in Rhode Island and in Massachusetts the need to drain the swamp of corruption and injustice that engulfs the Commonwealth of MA behaviors as xhibited by the Arch Criminal of Fraud-Attorney Kevin P.Curry who damaged many lives everywhere in America.(Subject of Supreme Judicial Court Review 9-07
Ron requests this honorable court to protect Ron against all the continued approved abuses upon him,the defendants never responded ;in the past opposing counsel of one of the defendants only filed continous delays,extensions and motions that went nowhere;all the MA municipalities,including Ron's in person visitations to the former Walpole selctman,did not help resolve anything.All the municipalities opted to waive their rights to respond;something remains very wrongful,unjust to Ron and Ron demands redress now,not ten,twenty years from now.

**In 2007 alone,the Commonwealth of MA forayed,trespassed into Rhode Island via third party contacts,and via mail and electronic filings to cause Ron Costa death,injury,hardship;defamations,for no legal basis to ensure that Debra Young,sister of Ronald Costa, embezzle her mother's home,the home of Carmella in Rhode Island as she was directed by Curry,to defame Ron's good name and many achievements.**
**Ron gets wronged too many times by the forays of the Young and Curry and Dedham area factors working unjustly in Rhode Island with permanent injuries to Ron.**
**The questions Ron presents to this honorable court is to answer why the Commonwealth of MA et al defendants are allowed to falsely criminalize knowingly,willfully,maliciously Ron Costa for the unlawful purpose to defame,libel,slander and injure him.**
**Ron also wants this court to answer why the Rhode Island jurisdiction remains helpless in protecting Ron Costa,plaintiff and the public from such horrific abuses of the chronic dangerous defendants who abuse power in their jurisdiction.**
**Ron Costa knows he is very entitled to his denied rights FR 28 U.S.C. 1332 as he rightfully and duly respects all court rulings,to the best of his ability,with truth and valid legal reasons along with the requested relief he naturally expects of 2.5 million dollars.**
**Ron also prays this court help him be issued a permanent injunction against the violators of MA;Ron reported abuses ,in 2-07 and in 3-07 in person and by phone and letter to Chief Scuncio of the Hopkinton Police Dept and to Patrolman Robert Kenyon Jr. et al,including to the District Attorney at Washington County Superior Court and to a judge at the District Court of Washington County Superior Court who advised Ron to have the Police Chief of Hopkinton sign to commence the criminal complaint against the continued abuses of the Young family working in concert with the Commonwealth of Ma to ruin Ron's life here in Rhode Island.No one has ever corrected what appear to be terribly,ineffective,mismanaged,ineffective,systemless court behaviors in the Commonwealth of MA where all the misbehaviors are generated from.**
**The basic fact is Ron Costa got wronged too many times by the Commonwalth of MA et al working upon Ron a deliberate surreal hell and jeopardizing his life,peace,freedom and liberty for no legal basis. By any statues or measurments of law Ron's cause of action is most highly legitimate in compliance with FR 8 and FR 11. Massachusetts failed egregiously to obey its Constitutional limitations with the Rhode Island resident statues;Ron never did anything wrong to avail himself to allow the bottom-dwellers to bring Ron into that chaotic,messed-up derelict jurisdiction that endangered Ron Costa. Wrongs were committed upon Ron here in Rhode Island ,too many in 2007 alone,** FROM 1-4-07 TO 5-31-07.

ALL DEFENDANTS WERE PREVIOUSLY GRANTED ENOUGH TIME TO respond;something remains very wrongful,unjust to Ron and Ron demands redress now,not ten,twenty years from now.

Ron requests his case be heard on account of new developments and on account of deliberate silencing of Ron,in the past;Ron demands his case be reviewed and determined here by a panel of judges,as many as required to finally resolve the issues so he can be granted total peace pursuant to FR 28 US 2284 and other related rulings.

WHEREFORE,Ron demands reasonable ,fair relief for all the criminal harassments and damages upon him,and demands a trial,something Ron never got,or at least oral limited argument,without jury,for Ron was terribly assaulted,bashed,abused,tortured and battered by all the domestic terrorists defendants of Massachusetts et al in that area,Ron never will revisit. Ron wants MA to stop their forays into Rhode Island.

Ron Costa also submits his first amended complaint along with Ron's allegation of poverty,that is true as confirmed 9-02; 9-13-04 under FR 24(a)3 and on 5-20-05 under FR 15.3 and on 12-16-06 in the #WC-06-750, Washington County Superior Court where Ron filed two actions.

July 3,2007

Ronald Kent Costa

Ronald Kent Costa
Plaintiff
Pro-se
In-forma Pauperis

VIII