in-person delivery
C/O MARTHA SAUCIER
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# OF RHODE ISLAND

RONALD K. COSTA
PLAINTIFF - PRO-SE
IN FORMA PAUPERIS
P.O. BX 555
HOPE VALLEY
RHODE ISLAND 02832

C.A. # 07-221 ML

V.

COMMONWEALTH OF MASSACHUSETTS ET AL
OFFICE OF THE ATTORNEY GENERAL
DEFENDANTS
ONE ASHBURTON PLACE SUITE 200
BOSTON, MA 02108

CONCISE ABSTRACT OF ENCLOSED AMENDED COMPLAINT IN FOUR PARTS

RONALD K. COSTA, PLAINTIFF, HAS BEEN FALSELY CRIMINALIZED, MALICIOUSLY ABUSED; BADLY VERBALLY AND PHYSICALLY ASSAULTED; INTENTIONALY INFLICTED AND WRONGED KNOWINGLY, WILLFULY WITH MALICE AND SET-UP DISDAIN BY THE COMMONWEALTH OF MA ET AL DEFENDANTS ACTING UP IN THIS RHODE JURISDICTION WHERE RONALD COSTA RESIDES WITH HIS ELDERLY FINE MOTHER, CARMELLA R. COSTA.
RONALD K. COSTA TELLS THE COURT HIS TRUE REASONS AND FACTS FOR FILING HIS ENCLOSED COMPLAINT IN CONCENTRATED FORMAT, A DIVERSITY CASE AND THE MERITED RELIEF WANTED AND A REQUEST TO THE HONORABLE JUDGE TO MAKE THE COMMONWEALTH OF MA ET AL DEFENDANTS STOP, CEASE THEIR UNLAWFUL ACTS OF DELIBERATELY PLACING RONALD K. COSTA UNDER IMMINENT DANGER OF CONTINUED DEFAMATIONS, ASSAULTS, SERIOUS ABUSIVE PATTERNS TO DESTROY RONALD COSTA. IT WAS ALSO ANOTHER LOSS OF VALUABLE TIME, ENERGY AND MONEY FOR INNOCENT RONALD COSTA TO HAVE TO APPEAR IN THE FOREIGN JURISDICTION OF MASSACHUSETTS IN 2007, FOUR TIMES., IT WAS ALSO A WASTE OF COURT RESOURCES

IN PARAGRAPH ONE, RON PROVIDES A LIST OF THE NAMES, ADDRESSES OF ALL THE PARTIES WHO CRIMINALLY HARASSED HIM, HERE IN RHODE ISLAND, FROM 2003 TO 2007, WITH FOCUS ON HOW RON WAS TERRIBLY WRONGED IN 2004 AND IN 2007 IN RHODE ISLAND BY THE DEFENDANTS.
IN PARAGRAPH TWO, RON BRIEFLY STATES REASONS FOR FILING IN THIS JURISDICTION OF THE FEDERAL COURT 28 U.S.C § 1331
IN PARAGRAPH THREE, RONALD COSTA STATES CLEARLY IN VERY CONCISE FORMAT THE CORE OF ALLEGATIONS, CLAIMS, ISSUES AGAINST ALL THE DEFENDANTS FR 10
AND IN PARAGRAPH FOUR, RON STATES THE DEMAND, MONEY RELIEF SOUGHT OF 2.5 MILLION IN COMPLIANCE WITH FR 8
WANTS ALL COMPENSATION FOR DIRECTED DEFAMATIONS, ASSAULTS WORKED WRONGLY UPON HIM TO DATE AND FOR THE FORSEEABLE FUTURE.

#1 LIST OF PARTIES (DEFENDANTS)

COMMONWEALTH OF MA
THE HONORABLE GOVERNOR PATRICK
STATE HOUSE
EXECUTIVE OFFICE
BEACON HILL
BOSTON, MA 02133

COMMONWEALTH OF MA
OFFICE OF ATTORNEY GENERAL T. REILLY
ONE ASHBURTON PLACE SUITE 200
BOSTON, MA 02110

COMMONWEALTH OF
TOWN SELECTMAN
WALPOLE POLICE DEPT.
MAIN - SCHOOL ST.
WALPOLE, MA 02081

COMMONWEALTH OF MA
TOWN MANAGER
NORWOOD POLICE DEPT.
NORWOOD, MA 02062

COMMONWEALTH OF MA
TOWN OF WESTWOOD - MANAGER
TOWN HALL
WESTWOOD, MA

#3 A SUMMARY OF ALL RON COSTA'S PREVIOUS COURT PROCEEDINGS THAT TOOK PLACE IN MASSACHUSETTS STATE AND FEDERAL COURTS AND AT SUPREME COURT OF WASHINGTON, D.C. INCLUDING THE U.S. DEPT. OF JUSTICE ARE OMITTED IN THIS COMPLAINT. RON WANTS HIS CASE LIMITED TO WHAT HAPPENED TO HIM IN THE RHODE ISLAND JURISDICTION. FR 28 U.S.C § 2284. ALL THE PARTIES IN RON'S ACTION DO NOT RESIDE IN R.I. RONALD COSTA OBJECTS STRONGLY TO THE UNJUSTICES, WRONGS DONE TO HIM BY THE DEDHAM DISTRICT COURT'S UNFAIRNESS; BIAS AND INTENSE DEFAMATIONS TO BURY RON. RONALD K. COSTA GOT UNEQUAL JUSTICE IN MA COURTS AND DEMANDS A NEW VENUE AND TRIAL. RON WAS NEVER GRANTED A TRIAL AGAINST THE WRONGING COMMONWEALTH OF MA ET AL POWER-ABUSERS. RONALD COSTA WAS EGREGIOUSLY DEPRIVED OF HIS CONSTITUTIONAL RECOGNIZED RIGHTS 42 U.S.C § 1983 AND OF RIGHTS IN THE BILL OF HUMAN RIGHTS GRANTING GOOD, HUMBLE, LAW-ABIDING PEOPLE THE RIGHT TO LIVE IN THEIR HOME WITH PEACE, FREEDOM, LIBERTY. FILING FALSE CRIMINAL CHARGES, FALSE AFFIDAVITS; FAKE INCIDENT REPORTING AND FLAWED COURT PRACTICES IMPACT INNOCENT POOR PEOPLE'S LIFES. IT IS A VERY SERIOUS CRIME, THE LAWBREAKERS MERIT LEGAL CONSEQUENCES FOR ENGAGEMENT IN SET-UPS, FRAME-UPS AND MUST BE CONDEMED BY OVERSEERS.

RON HAS BEEN WRONGED DELIBERATELY IN THIS R.I JURISDICTION FROM 2003 TO 2007.

BRIEFLY,

#4 WHEN RON FIRST RESIDED WITH HIS MOTHER (2-03) CARMELLA, CONSTANT LETTERS WERE MAILED FROM THE UNETHICAL KEVIN P. CURRY DISBARRED ATTORNEY, THREATS WERE MADE FROM HIM TO RON AND TO CARMELLA WITH REFERENCING TO DEATH, INTIMIDATION WAS USED TO MAKE OUR LIFE UNCOMFORTABLE HERE IN R.I. WHERE WE CHOSE TO LIVE IN PEACE AND QUIET AWAY FROM THE DEMONS. MANY BIZARRE, CRIMINALLY HARASSING PHONE CALLS WERE MADE TO RON'S PHONE WITH YELLING, INCOMPRENSIBLE NOISES AND SOME RECORDING SNIPS OF HATE BY THE YOUNG FAMILY– DEBRA YOUNG, ELLA YOUNG; SHAWN YOUNG SR.– (THESE DEFENDANTS MADE A FRIVOLOUS, MALICIOUS CYCLONE OF FALSE CRIMINAL FILINGS AGAINST RON; ALL THEIR WITHOUT EVIDENCE, GARBAGE, NONSENSE GOT REVOKED, DISMISSED; DECLINED IN 2003, 2004, 2007 IN THEIR OWN JURISDICTIONS.)

ON JULY 14. 2004, THE COMMONWEALTH OF MA ET AL FAILED TO OBEY ITS CONSTITUTIONAL LIMITATIONS BY ALLOWING THE YOUNG DEFENDANTS TO FORGE AHEAD AGAINST RONALD COSTA WITH FALSE CRIMINAL ACTIVITIES OF THE WORST SORT TO SET UP RON FOR DETAINMENT, TO DEFAME HIM IN HIS OWN RHODE ISLAND COMMUNITY, WITHOUT EVIDENCE. ON THE ABOVE DATE, A WALPOLE POLICE DETECTIVE STORMED INTO RON'S HOUSE, AS SOON AS RON RETURNED HOME FROM HIS SUMMER SCHOOL TEACHING, WITH A STATE TROOPER WOMAN FROM R.I. AND MA STATE TROOPER ROSEMARY GRENHAM, FROM THE DEDHAM COUNTY JAIL FLASHING BADGES DEMANDING RON TO ANSWER INTERROGATORIES REGARDING ELLA R. YOUNG, DAUGHTER OF NEGLIGENT PARENTS – SHAWN R. YOUNG SR. AND DEBRA YOUNG. ELLA YOUNG HAD A HISTORY OF FABRICATIONS AND PSYCHIATRIC TREATMENT AND SHE (ELLA) FILED FALSE CRIMINAL

FACTS CONTINUED

STATEMENTS IN PERSON WITH THE DISTRICT ATTORNEY OF NORFOLK COUNTY AND VIA INTERNET, AS STATED IN HER OWN WORDS TO UNLAWFULLY SET-UP ANOTHER HATE-CRIME UPON RONALD COSTA, HER UNCLE, INNOCENT, NOT GUILTY AS SHE WAS PRESSURED AND DIRECTED TO DO SO BY NOT ONLY THE D.A.'S OFFICE, BUT MOTIVATED AND SUPPORTED, AIDED BY THE UNETHICAL, DISBARED THUG KEVIN P. CURRY OF 50 CONGRESS ST. BOSTON, MA

THIS WAS POORLY EXECUTED AND A PLOY BY CURRY, THE MASTER SCHEMER OF THE COMMONWEALTH, TO GET RONALD COSTA, OUT OF CARMELLA'S HOME TO EMBEZZLE THE HUMBLE PROPERTY SHE OWNS.

RON AND CARMELLA REPORTED ALL THE IMPOSED FALSE CRIMINAL GARBAGE THE COLLUSION-WRONGDOERS INVADED THEM WITH VIOLATING BASIC RIGHT TO PEACE, TO SECURITY. RON AND CARMELLA COMPLAINED, IN PERSON, TO THE RHODE STATE POLICE BARRACKS IN HOPE VALLEY AND RON ALSO LEARNED THE YOUNG FAMILY AND CURRY HAD RON POSTED ON THE COMPUTER, ALL HIS EMPLOYMENT DATA, CONFIDENTIAL INFO WAS PURPOSELY TAMPERED WITH AS ALL DEFENDANTS IN THE COMMONWEALTH OF MA ET AL WORKED IN A CONCERTED STRATEGY TO CRIMINALIZE RON, WITHOUT ANY EVIDENCE, OUT OF INTENSE DISDAIN, BITTERNESS AND RETALIATION TO RON FOR REPORTING THE DEATH THREATS OF THE YOUNG'S TO AUTHORITIES IN PAST DECADES.

IN DEC. 2006, RON COSTA FILED AN ASSAULT SLANDER LIBEL PROCEEDING IN THE WASHINGTON COUNTY SUPERIOR COURT, WAKEFIELD, R.I. #WC-06-750, IN-FORMA PAUPERIS GRANTED, AGAINST SHAWN R. YOUNG SR, DEBRA YOUNG'S PARTNER IN THE INTERIM BOTH FILED A RESTRAINING ORDER AGAINST RONALD COSTA, IN THE NORFOLK COUNTY COURT, WHERE RON AND CARMELLA PRESENTED FACTS TO THE COURT TO GET THE BASELESS ORDER DECLINED, ON 1-16-07.

THE COMMONWEALTH OF MA ET AL CONTINUED TO VIOLATE RON THROUGHOUT THAT MONTH WITH FABRICATIONS, WITHOUT EVIDENCE OF THE WORST SORT.

DERROGATORY, DEFAMING, VERBAL ASSAULTS ON RONALD COSTA WERE PHONED, MAILED AND PUT ON THE INTERNET PUTTING RON AT RISK IN THE SECURITY OF HIS HOME, SOME HATE-MESSAGES WERE MAILED TO RON, ONE SIGNED BY SHAWN R. YOUNG SR. SOME WITH RACIAL-PHOBIC SLURS AND BIZARRE SYMBOLS.

THE COMMONWEALTH OF MA ET AL INTERCOMMUNICATED TO AS DEBRA YOUNG STATED TO A RHODE ISLAND RESIDENT, GET RON DEPORTED OR RIP HIS HEART-OUT. DEBRA YOUNG, A FORMER-KNOWN ALCOHOLIC, DRUG-ABUSER KNOWN BY DOCTORS AND POLICE, AN IMMORAL, NEGLIGENT PARENT, IS RON'S SISTER WHO MANY TIMES STATED SHE WOULD GET RON SHOT-IN-HIS-FACE, WAS PRESSURED BY THE COMMONWEALTH OF MA STATE ADVOCATES, AND AS SHE HERSELF STATED, UNDER TESTIMONY, PRESSURED BY THE WALPOLE POLICE TO DO WHAT SHE CONTINUES TO DO IN NORWOOD, DEDHAM, CANTON, WESTWOOD AND TO VIOLATE RON IN AN AREA OF RHODE ISLAND, AWAY FROM PEOPLE DANGEROUS TO SELF AND TO OTHERS.

ON 3-31-07 THE HEARING AT THE STOUGHTON DISTRICT COURT WAS MADE AND THE CLERK-MAGISTRATE ORDERED ALL PARTIES TO ABIDE BY A PEACE AGREEMENT THAT RON AND CARMELLA MOST MERITED, IT WAS SIGNED AND THE FRIVOLOUS, MALICIOUS, WITHOUT EVIDENCE-COMPLAINT OF ELLA R. YOUNG GOT DROPED, DECLINED ANOTHER FALSE CRIMINAL AFFIDAVIT UNLAWFULLY SERVED UPON RON FROM THE MENTALLY-ILL TROUBLESOME DAUGHTER.

RON WAS EGREGIOUSLY FALSELY CRIMINALLY HARASSED BY THE DEFENDANTS, AGAIN IN RHODE ISLAND THROUGHOUT APRIL 07 AND MAY 07, WITHOUT ANY EVIDENCE, BREACHING THE AGREEMENT MADE ON 3-29-07 IN THE OTHER JURISDICTION.

THE INEFFECTIVE, INCOMPETENT, VISCIOUS, MALICIOUS DEFENDANTS OF THE COMMONWEALTH OF MA, DEDHAM AREA, WORKED WITH THE YOUNG AND CURRY FACTOR TO CRIMINALIZE RON AGAIN, FOR NO BASIS, THE POORLY DESIGNED FRAUD SCHEME WORKED UPON WRONGFULLY DIDN'T WORK AS THE DEFENDANTS EXPECTED, SUPPORTED BY THEIR INSURERS AND WEALTHY ARCH-CRIMINAL, OWNER OF THE COMMONWEALTH OF MA, KEVIN P. CURRY.

THROUGHOUT THE MONTHS OF MARCH, APRIL AND MAY 2007, ALL THE SCHEMERS, FRAUDULENT SCOUNDRELS, INCLUDING DEDHAM RETALIATING COURT ELEMENTS MADE VERY SIGNIFICANT VIOLATIONS TO RON'S BEING-LIVING IN RHODE ISLAND.

CALLS WERE MADE TO HIS PRIVATE HOME, TO HIS EMPLOYMENT, VIA MAIL TO OTHER PARTIES IN R.I. GETTING RON'S MOST PRIVATE DATA; RON WAS NEVER SERVED WITH A SO-CALLED WARRANT MAILED TO AN ADDRESS IN MA TO WHICH RON NEVER GOT ANY MAIL; RON HAS NOT RESIDED IN MA SINCE 2003 AND WHEN HE DID LIVE THERE, RON STILL WORKED AND SOCIALIZED IN RHODE ISLAND.

THE COMMONWEALTH OF MA ET AL, E.G. SHAWN R. YOUNG SR RETALIATED AGAINST RON WITH DETECTIVE PAUL CONNER, TO GET RON CRIMINALIZED FOR NOTHING, NO EVIDENCE, SINCE SHAWN R. YOUNG SR., RESENTED THAT HE AND HIS FAMILY'S FRIVOLOUS, MALICIOUS, HORRIFIC FALSE CRIMINAL CHARGES GOT DISPOSED OF AGAIN ON 5-31-07, AT THE DEDHAM DISTRICT COURT.

RON COSTA, PLAINTIFF, REPORTED IN THE PAST, SOME VIOLATIONS WRONGFULY PUT UPON HIM (RON), TO THE HOPKINTON POLICE CHIEF, SCUNCIO AND TO A PATROLMAN ROBERT KENYON JR. ET AL,

WHEREFORE, RONALD COSTA, PLAINTIFF, PRESENTS SUFFICIENT FACTS IN A MANNER (LOGICAL) IN WHICH THE COMMONWEALTH OF MA ET AL DEFENDANTS CAN FRAME A RESPONSE, SOMETHING THEY WAIVED TO THIS DATE, EVEN IN A PROCEEDING IN WASHINGTON, D.C. WHEN OPPOSING COUNSEL OF THE MUNICIPALITY OF WALPOLE, WAIVED THE RIGHT TO RESPOND.

RONALD K. COSTA HAS A LEGITIMATE CAUSE OF ACTION IN COMPLIANCE WITH FR 8 AND FR 11

RON FILES THIS ABSTRACTED AMENDED COMPLAINT, UNFORTUNATELY, HAND-PRINTED, DUE TO LACK OF ACCESS ON THE JULY 4TH HOLIDAY.

FACTS ARE PRESENTED WITH FACTS MATERIAL TO THE ISSUES OF THE PRESENTED CLAIM.

RONALD COSTA SEEKS AN ORDER OF 2.5 MILLION FROM THE DEFENDANTS WHO OVER-USED, ABUSED, EXPLOITED IMMUNITY FROM LIABILITY COVERAGE FROM THEIR WEALTHY INSURERS – GUARANTY FUND MANAGEMENT OF MA. ONE BOWDIN SQ. BOSTON, MA.

RONALD COSTA, PLAINTIFF, ALSO STRONGLY OBJECTS TO THE DELIBERATE, USUAL, STALL-DELAY = MONEY TACTICS OF OPPOSING COUNSEL, WHO VIOLATED TIME LIMITATION STATUES OF LAW TO PUT RON'S CASE INTO OBLIVION OR BURIED AS THEY WANT RONALD COSTA TO BE, DUE TO THEIR OWN DEMOUSTRATED FAILED SET-UPS, FRAME-UPS, THROUGHOUT 2007, AGAIN IN THIS R.I. JURISDICTION. RON COSTA ALSO DEMANDS A LIFE-LONG PERMANENT INJUNCTION AGAINST ALL THE OUT-OF-STATE OFFENDERS AS A PREVENTATIVE, MERITED ACTION.

July 4, 2007

Ronald K. Costa

RONALD K. COSTA ED.D

(401-491-9342)