UNITED STATES DISTRICT COURT OF RHODE ISLAND

RONALD KENT COSTA C.A. #07-221ML
PLAINTIFF pro-se
V.
COMMONWEALTH OF MA ET AL.
DEFENDANTS

MEMO-OBJECTIONS TO REPORT AND RECOMMENDATIONS

Having given serious due consideration to United States Magistrate Judge David L.Martin's Report and Recommendation received July 13,2007 Ronald Kent Costa,Plaintiff,files his timely objections with supported memorandum for the case pending before this honorable court.

MEMORANDUM-ORDER

Any serious careful review ,de novo,of Costa'smerited legal claim shows the need to stop all the serious set-up hate-crimes and egregious constitutional violations,continuances,wrongfully committed into this Rhode Island jurisdiction,that remain,unadressed,to this date.
Ronald Kent Costa was not issued an injunction against any of the MA violators,including the most recent Shawn R.Young Sr.,defendant case # WC-06-750 in Ron's assault,libel.proceeding case of Dec. 2006 in Washington County Superior Cout,where it was decided jurisdiction could not be invoked over the criminal acts of Shawn R.Young Sr.,defendant.a resident of MA..
Ron objects to the Magistrate Judge's decline of Ron's request to waiver filing fees due to the tremendous grief, financial hardship all the defendants worked upon Ronald Costa;Ron was granted in the other federal courts,including the Supreme Court of Washington,D.C. and in Washington County Superior Court,in forma pauperis status;the question of in forma pauperis and waiver of fees should be moot or Ron should be authorized to continue as filed since his annual earnings total below the federal poverty guidelines.
Ron can not afford to pay any counsel on a pro-rata, or pro-bono basis,since none are available,and this honorable court could appoint counsel to possibly represent Ronald Costa,to cure any inherent legal defects in Ron's complaint,rather than take drastic action to quickly dismiss a meritorious complaint.

**Judge D.L.Martin errs to not understand that the vast scope and myriad of wrongs done to Ronald Costa and upon his elderly mother,Carmella involve a very long list of defendants who were not listed on the original complaint or in the amended complaint due to the very intricate and complicated conspiracy,collusion network system and fraudulent activities of the designer ,the unethical disbarred– attorney Kevin P.Curry's interventions and intercommunications with all the state of MA actors,including all the Young family members-Debra,Shawn;Ella;the county district municipalities in the areas where they reside and work.** (NORFOLK AND SUFFOLK)

**Ronald Costa,the plaintiff lists the following specific objections to the R+R Report he received:**

**Ron makes a best effort to report concisely his cause of action in compliance with FR 8A and 11 and with other established statues. Ron's objections are based on his own knowledge,living experiences with the horrific offender;Ron's facts are accurate,truthful,not distorted and Ron has copious primary direct evidence against all defendants. Ron objects to being a criminal victim of the dangerous,malicious,frivolous gang of defendants who** criminally **knowingly,willfully maliciously assaulted Ron** WITHOUT WARRANTS, PAPER WORK, **verbally,physically,abused and tortured him with histories of fabrications,abuses to unlawfully criminalize Ronald Costa,the plaintiff;to get him falsely detained,injured,tormented within this Rhode Island jurisdiction,where he chose to live in 2003.**

**The judge seems to ignore or selectively not assess the many unlawful acts here in Rhode Island,worked upon Ronald Costa,wrongfully by Kevin P.Curry, Debra Young,Defendant,Shawn R.Young Sr.,defendant;Ella R.Young,defendant-all who lost credibility in 2003 in the MA jurisdictions,and again in 2004 and in 2007.**

**Ron was assaulted at his own home,** IN HOPKINTON, R.I. **by an intimidating,threatening band of defendats from MA invading Ron at his residence,abused with foul derrogatories from the municipality of Walpolet et al, as photos were** UNJUSTLY **taken of the interior and exterior of his home,without any reasons or papers ever being served;there was also a Ma State Trooper who** (Rosemarie Grenham) **appeared and was identified,Ron reported all,with his mother,Carmella to the R.I. State Police Trooper Barracks in Hope Valley,R.I.,in person.** RON WAS INVADED AT HIS R.I HOME WITHOUT A WARRANT, AGAIN.

**As time progressed more sporadic sequences and mad cycles of threats,death-messages and phone-recorded hate messages prevailed along with third-parties getting derogatory written statements written**

by Shawn R.Young,Debra Young and internet messages by Ella R.Young;all violating Ron Costa in Rhode Island.

In Dec.2006,Ron filed an assault,defamation,libel,proceeding in the Washington County Superior Court,Wakefield,R.I. and Shawn R.Young Sr. and Debra Young immediately retaliated with a false criminal charges filing in their jurisdiction ,without evidence;their false wild allegations got dismissed and their request to get a restraining order gainst Ron was declined on 1-16-07;in the interim they contrived false incident reports to get Ron falsely detained stating he was breaking an order that did not exist.

As the case escalated to the Stoughton District Court,a peace agreement was signed by all parties on 3-29-07,for it was declared that there were no crimes as reported by the dangerous Young family.

The Young family violated the peace agreement in April 2007 and May 2007,as Shawn R.Young Sr.,defendant,violated Ron's right to peace,freedom and libertry in Rhode Island as Shawn and Det.Paul Conner of Westwood coordinated a plan supported by the two town municipalities-Walpole,Norwood and signed by the Dedham Court to fix the false detainment,incarceration,and set-up a ruse to get Ron destroyed,out of Carmella's house,to abide by the Curry plan so Debra Young,the defendant could profiteer from her long-ago established hate-crime. The Dedham District Court flawed significantly and blatantly,sending Ronald Costa,nothing,no papers,no warrants for all the wild allegations made by the defendants;other residents of MA were sent Ron's private information and other residents of Rhode Island received information sent from questionable MA sources for the unlawful purpose to assault and defame Ronald Costa,to destroy his reputation and good name. Ron Costa was never granted a trial.

The visciousness,malicious activity prevailed to May 31,2007 for the Dedham Distict Court to dismiss and recall all the three false arraignments made by Shawn R.Young Sr.the defendant,upon Ronald Costa. the Commonwealth of MA did nothing to stop the frequent unconstitutional patterns upon Ronald Costa.

CONCLUSION

Ronald Costa,the Plaintiff,invokes the jurisdiction of this honorable court as he motions to have counsel appointed to overcome any continuing legal defects in filing his objections he would like adopted. Ronald Costa is supported for what is pending before this court and prays that ultimately an injunction will be assigned against the perpetrators of the set-ups upon Ron so that justice will finally be served.

**Ron's conclusion is very sound and complaint merits adoption,Ron provides truths,not falsehoods,to the court;Ron argues that all the many defendants,principal and minor parties were involved in the states interactions,forays as they conspired with the arch criminal of all-Kevin P.Curry;the Norfolk County muncipalities to taint Ron's good name and image in the State of Rhode Island where he always lived and worked for many years.**

**Ron's basis for his above objections to dismiss is grounded in basic constitutional rights that are jeopardized by faulty court assessments. Judge Martin does not account for the elaborate scheming and** fraud- **designing and set-ups used by all defendants to make Ron's life a total hell. A motion to dismiss Ron's case is very unjust for there can not be any time limitation to the equivalency of murder that Ron experienced by the bottom-dweller defendants,and the many unjustices worked upon his fine,law-abiding elderly mother Carmella.** No court can expunge it.

**Ronald Costa objects to the continual cover-up of all crimes and wrongs worked upon Ronald,for no basis;though there are many laws and statues in the ideal world law-books,only Ron and Carmella know the inferno worked unjustly upon both fine elderly people.**

**Ronald Costa rightfully requests an injunction against all the defendants,it should not be denied for very significant errors of law were made in the Commonwealth of MA where Ron got falsely brutalized,assaulted,falsely criminalized,domestically tortured and harmed by viscious,vile,malicious,frivolous bizarre practices, prejudiced actions,do-nothing,unresponsive judges;money-mad attorneys skilled mainly in delay or silencing tactics.**

**Ron is very abused by having his granted human rights,constitutional rights and civil rights 28 U.S.C. put into harms way,violated even here in Rhode Island.**

**Ronald Kent Costa,the plaintiff, presents objections strong enough to be adopted by this honorable court which may accept,in part- or in full,any just findings made by the review of Magistrate Judge David L. Martin. Ronald Costa already made previous relief request of 2.5 million in compliance with FR and filed early, in 2003, his claim to the insurers of the town municipalities involved;Statutory liquidators of Legion –Villanova Insurance Companies Milwaukee,Wisconsin and when they sent his claim over to the MA branch office Guaranty Fund Management,One Bowdoin St. Boston,Ma,Ron's claims were distorted and not responded to properly, as of this date.** The immunity from liability cover-up, exploited, abused by the defendants has no stay or standing and should be challenged by federal authority.

**All defendants caused Ronald Costa,plaintiff intense damages and extensive losses by committing false affidavits,false criminal filings;false malicious reportings;all acted in bad faith with Curry and the Young characters to unlawfully put Ron in immediate physical harm as he got verbally and physically assaulted,threatened in the two jurisdictions. Ronald Costa,the plaintiff suffered many job interruptions of his wages ;his family pet got impacted;his vehicleas were wrecked by the activities of the defendants and by Curry and Young's tamperings with Ron's employment data;medical history data and credit bureau data. Ronald Kent Costa rightfully merits the 2.5 million for all the abuses wrongfully puit upon his elderly mother,Carmella,a material witness. Ron demands compensation from all defendants for abusing the elderly;for exercising age discrimination and for frauding to embezzle Carmella's estate.**

**Ron Costa was criminally harassed at the many schools,colleges and universities where he taught by many of the above defendants listed as parties,including while Ron was employed at the IRS in Andover and the USPS and at MA Personnel;the intent of the defendants to defraud Ron as they made bogus false detainments on Ron and their history of frivolous malicious games with courts and secret agreements between defendants to break laws makes all defendants guilty of very egregious unlawful acts upon Ron that the Magistrate Judge of this court chooses to ignore. The dispute between all parties involved in Ron's litigation has not yet been solved justly;Ron seeks more than 10,000 and less than 3 million,due to added costs and unmerited delays made by all defendants.**

**Ron was victim of hate-crime set-ups and frame-ups on account of his nationality,educational fine background,religion and political beliefs,even his most sacred property got vandalized as Ron got verbally and physically assaulted in his own home and elsewhere by all defendants.**

**All defendants made a concerted effort to make Ron a pauper,a distinguished educator with advanced degrees and honors and 42 years of teaching history.**

**Ron's daily life,here in Rhode Island also got terribly discombobulated,screwed up by the interference and criminal inetent and harassments of the same defendants from the MA jurisdiction.**

**The Commonwealth of MA,defendants,wants to immunize permanently the immunity from liabilities coverage overused and abused by the municipalities defendants ,eternally insured against criminal prosecution from Ronald Costa,the plaintiff.**

**Ron objects to dismissal of his case,Carmella Costa,Ron's mother is a material witness to all the extreme assaults and outrageous power abuses worked unlawfully upon Ronald Costa by all the unethical players.**

**MA allowed and is negligent to have motivated the Young family and Curry to continue their unethical scams,frauds,dangerous ploys,false bogus malicious reports upon Ronald and upon Carmella to totally defame good,innocent people,without evidenceThe defendants perjured themselves,lost credibility as stated in the diverse courts with false imprisonments,false malicious reportings and all defendants were never issued legal consequences,or jailed for their guilty unlawful acts upon Ronald Costa,the plaintiff,on account of their network corrupt system.**

**Ron demands immediate compensation for the extreme expenditure of time,money,and energy he devoted to protect his constitutional rights of peace and quiet and liberty.**

**The ruses upon Ron;the nutty pre-trial unmerited probations stints;the false prison hospital stints were all bogus;the attacks on Ron's religion are not forgotten. The swindling and scams and frauds used by Curry and the Young participants enacting the elaborate bizarre plan of destruction upon Ron with bad intent failed to work.**

**Ron was sadly never granted appointment of counsel as he already proved his allegations against all defendants based on truths,not falsehoods as the defendants used who live in eternal denial.**

**The criminal intent of all defendants to destroy Ron Costa,the plaintiff,is veryclear;Ron seeks rightfully the protection of this court or from a court that responds fairly,justly and reasonably.**

**It should be very clear why Ron Costa,objects to the recent R&R,Ron seeks a new venue for he can not find any kind of justice in the State of Massachusetts tainted by the outrageous corruption,crimes and assaults of the unethical Kevin P.Curry,the disbarred attorney. Ron will never revisit anything,in that tainted state,for justice failed both Ron and Carmella,justice was not served and the whole system assured Ron and Carmella of unequal justice and justice denied. Ronald Costa documents his objections to dismissal of denial of his complaints.**

Ronald Kent Costa

**July 14,2007** **RONALD KENT COSTA** ED.D

PLAINTIFF
pro-se

C.A. # 07- 221 ML

(MODIFIED) 7-14-07
LIST OF PARTIES-
IN ADDITION TO PREVIOUSLY LISTED PARTIES

SHAWN R.YOUNG SR.
DEFENDANT
35 PERWAL ST.
WESTWOOD,MA 02090

DEBRA YOUNG
DEFENDANT
OF ADDRESS UNKNOWN

ELLA R.YOUNG
DEFENDANT
OF ADDRESS UNKNOWN

KEVIN P.CURRY
50 CONGRESS ST.
BOSTON,MA

DET.PAUL CONNER
DEFENDANT
TOWN OF WESTWOOD
WESTWOOD POLICE DEPT.
WESTWOOD,MA

CARMELLA R.COSTA
PLAINTIFF'S, MATERIAL WITNESS, MOTHER OF PLAINTIFF AND OF DEFENDANT, DEBRA YOUNG
P.O. BX 555
HOPE VALLEY, RHODE ISLAND 02832