UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KENT COSTA

v. CA 07-221 ML

COMMONWEALTH OF MA, TOWN OF WALPOLE, WALPOLE POLICE DEPT., TOWN OF NORWOOD, NORWOOD POLICE DEPT.

# ORDER

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation issued by United States Magistrate Judge Martin on July 11, 2007. The Court has conducted a *de novo* review of the Complaint, Amended Complaint, Report and Recommendation, and Plaintiff's Objection. Having done so, this Court concurs in Magistrate Judge Martin's assessment of Plaintiff's failure to comply with Fed. R. Civ. P. 8(a) and the Magistrate Judge's Order of June 5, 2007.

Accordingly, this Court adopts the Report and Recommendation in its entirety. The Amended Complaint is DISMISSED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
July 20 , 2007