# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**RONALD KENT COSTA**

**VS.** **C.A. NO. 07-221ML**

**COMMONWEALTH OF MA, TOWN OF WALPOLE, WALPOLE POLICE DEPT. TOWN OF NORWOOD, NORWOOD POLICE DEPT.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, Commonwealth of MA, Town of Walpole, Walpole Police Dept., Town of Norwood, Norwood Police Dept., against the plaintiff, Ronald Kent Costa, pursuant to the Order dated July 20, 2007 dismissing plaintiff's complaint for failure to comply with Fed. R. Civ. P. 8(a) and the Magistrate Judge's Order of June 5, 2007.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: July 20, 2007